UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

*HEIDI EVERTS, Individually and as Executrix of the Estate of TIMOTHY EVERTS*

Civil Action No.:
5:01-CV-0383 (DAP)

Plaintiff,

vs.   ACTION 1

*ALTEC INDUSTRIES, INC.*

Defendant.

---

*ALTEC INDUSTRIES, INC.*

Third-Party Plaintiff,   ***THIRD-PARTY DEFENDANT'S PRE-TRIAL WITNESS DISCLOSURE***

vs.

*NIAGARA MOHAWK POWER CORPORATION*   ACTION 2

Third-Party Defendant.

---

Third-Party Defendant, Niagara Mohawk Power Corporation ("Niagara Mohawk"), submits the following as and for its Pre-Trial Witness Disclosure in the above matter:

In addition to the witnesses disclosed by the Plaintiff and the Defendant in this matter, Third-Party Defendant, Niagara Mohawk, may call Howard Prosser as a witness.

Dated:  October 21, 2004     s/ Timothy J. Fennell, Esq.
***TIMOTHY J. FENNELL, ESQ.
Bar Roll No.:  101631***
Amdursky, Pelky, Fennell & Wallen, P.C.

                        Attorneys for Third-Party Defendant,
Niagara Mohawk Power Corporation
Office & Post Office Address
26 East Oneida Street
Oswego, New York 13126
Telephone: (315) 343-6363
Facsimile: (315) 343-0134

TO: **JOHN A. DEFRANCISCO, ESQ.**
DeFrancisco Law Firm
Attorneys for Plaintiff
121 East Water Street
Syracuse, New York 13202
Telephone: (315) 479-9000

cc: **SAMUEL A. CHERRY, ESQ.**
scherry@cochranfirm.com

**ROBERT H. HOOD, ESQ.**
bobby.hood@hoodlaw.com

**ROBERT H. HOOD, ESQ.**
bobbyjr.hood@hoodlaw.com

**EDWARD G. MELVIN, ESQ.**
egm@ccf-law.com; la@ccf-law.com

**ROBERT J. SMITH, ESQ.**
rjs@ccf-law.com; mmt@ccf-law.com; la@ccf-law.com; sld@ccf-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *HEIDI EVERTS, Individually and as Executrix of the Estate of TIMOTHY EVERTS* | Civil Action No.: 5:01-CV-0383 (DAP) |
| Plaintiff, | |
| vs. | ACTION 1 |
| *ALTEC INDUSTRIES, INC.* | |
| Defendant. | |
| *ALTEC INDUSTRIES, INC.* | |
| Third-Party Plaintiff, | *CERTIFICATE OF SERVICE* |
| vs. | |
| *NIAGARA MOHAWK POWER CORPORATION* | ACTION 2 |
| Third-Party Defendant. | |

I hereby certify that on October 21, 2004, I electronically filed Third-Party Defendant, Niagara Mohawk Power Corporation's, Pre-Trial Witness Disclosure with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**SAMUEL A. CHERRY, ESQ.**
scherry@cochranfirm.com

**ROBERT H. HOOD, ESQ.**
bobby.hood@hoodlaw.com

***ROBERT H. HOOD, ESQ.***
bobbyjr.hood@hoodlaw.com

***EDWARD G. MELVIN, ESQ.***
egm@ccf-law.com; la@ccf-law.com

***ROBERT J. SMITH, ESQ.***
rjs@ccf-law.com; mmt@ccf-law.com; la@ccf-law.com; sld@ccf-law.com

And, I hereby certify that I have mailed by the United States Post Service, the documents listed to the following non-CM/ECF participant:

John A. DeFrancisco, Esq.
DeFrancisco Law Firm
121 East Water Street
Syracuse, New York 13202

Dated:  October 21, 2004               s/ Timothy J. Fennell, Esq.
                                       Timothy J. Fennell, Esq.
                                       Bar Roll No.:  101631