**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

———————————————————

| | |
|---|---|
| **HEIDI EVERTS, Individually** | **Civil Action No. 5:01-CV-0383** |
| **(FJS/DAP)** | |
| **and as Executrix of the Estate of** | **Action No. 1** |
| **TIMOTHY EVERTS,** | |
| | **PLAINTIFF'S WITNESS LIST** |
| **Plaintiff,** | |
| **vs.** | |
| **ALTEC INDUSTRIES, INC.,** | |
| **Defendant.** | |

———————————————————

| | |
|---|---|
| **ALTEC INDUSTRIES, INC.,** | **Civil Action No. 5:01-CV-0383** |
| | **Action No. 2** |
| **Defendant/Third-Party Plaintiff,** | |
| **vs.** | |
| **NIAGARA MOHAWK POWER** | |
| **CORPORATION,** | |
| **Third-Party Defendant.** | |

———————————————————

*<u>Plaintiff's Will Call Witnesses:</u>*

1.    Michael Anderson
      Altec Industries, Inc.

      Michael Anderson, an Altec Industries, Inc., employee is expected to testify by
      deposition.  The substance of his testimony may be found in the deposition
      designations listed below.

2.    Dan Bates
      Altec Industries, Inc.

      Dan Bates, an Altec Industries, Inc., employee is expected to testify by
      deposition.  The substance of his testimony may be found in the deposition
      designations listed below.

3.      Jane Butler
        P. O. Box 73
        New Haven, NY  13121
        (315) 963-3583

        Jane Butler, mother of Timothy Everts, is expected to testify concerning damages
        resulting from Timothy Everts' death, including but not limited to her relationship
        with Timothy Everts, Timothy Everts' work experience, reputation, as well as any
        other matter addressed in the witness's deposition.

4.      Joshua Chard
        Altec Industries, Inc.

        Joshua Chard, an Altec Industries, Inc., employee is expected to testify by
        deposition.  The substance of his testimony may be found in the deposition
        designations listed below.

5.      Paul Daino
        90 Meaney Circle
        Oswego, NY
        (315) 342-0173

        Paul Daino is a Niagara Mohawk employee who witnessed accident.  Mr. Daino
        is expected to testify, inter alia, as to facts of accidents, Timothy Everts' work
        practices, and Niagara Mohawk work rules, training, and education, as well as any
        other matter addressed in the witness's deposition.

6.      Heidi Everts
        1935 Cardinal Village
        Deland, FL  32720
        (386) 804-3893

        Heidi Everts, widow of Timothy Everts, will testify concerning damages resulting
        from Timothy Everts' death, including but not limited to her relationship and her
        daughter's relationship with Timothy Everts and Timothy Everts' work
        experience, reputation, and other pertinent details, as well as any other matter
        addressed in the witness's deposition.

7.      Frank Freudenthal
        Altec Industries, Inc.

        Frank Freudenthal, an Altec Industries, Inc., employee is expected to testify by
        deposition.  The substance of his testimony may be found in the deposition
        designations listed below.

8.      John C. Frost, P.E.
        Safety Engineering Services
        2627 Trailway Road, SE
        Huntsville, AL  35801-1473
        (256) 650-6324

        John Frost, Plaintiff's safety engineer expert, is expected to testify concerning his
        analysis of this incident and the product from a safety and human factors
        perspective.  He is expected to testify concerning the negligence of Altec and the
        design and warnings of the product at issue, as well as the defective and
        dangerous (not reasonably safe) condition of the product, as well as any other
        matter addressed in the witness's deposition.

9.      Richard Hofflemeyer
        Altec Industries, Inc.

        Richard Hofflemeyer, an Altec Industries, Inc., employee is expected to testify by
        deposition.  The substance of his testimony may be found in the deposition
        designations listed below.

10.     Matthew Quenneville
        40 Goettel Road
        Central Square, NY  13036
        (315) 676-3062

        Matthew Quenneville is a Niagara Mohawk employee who witnessed accident.
        Mr. Daino is expected to testify, inter alia, as to facts of accidents, Timothy
        Everts' work practices, and Niagara Mohawk work rules, training, and education,
        as well as any other matter addressed in the witness's deposition.

11.     Dr. Kenneth W. Reagles
        K. W. Reagles & Associates
        500 Plum Street
        Syracuse, NY
        (315) 471-6944

        Kenneth Reagles, Plaintiff's economic expert, is expected to testify as to the
        pecuniary loss to Plaintiff and to the estate of Timothy Everts, as well as any other
        matter addressed in the witness's deposition.

12.     B. Wesley Sherman, Ph.D.
        503 E Nifong, Suite 100, PMB 153
        Columbia, MO  65201
        (573) 875-1170

B. Wesley Sherman, Plaintiff's electrical engineer expert, is expected to testify concerning his investigation of this incident and the defective and not reasonably safe condition of the product, including but not limited to providing an electrical engineering analysis of the hazards associated with the subject product, as well as any other matter addressed in the witness's deposition.

13.    Michael Spencer
       Altec Industries, Inc.

       Michael Spencer, an Altec Industries, Inc., employee is expected to testify by deposition.  The substance of his testimony may be found in the deposition designations listed below.

14.    James Sytsma
       Altec Industries, Inc.

       James Systma, an Altec Industries, Inc., employee is expected to testify by deposition.  The substance of his testimony may be found in the deposition designations listed below.

15.    Edwin Vollmer
       Altec Industries, Inc.

       Edwin Vollmer, an Altec Industries, Inc., employee is expected to testify by deposition.  The substance of his testimony may be found in the deposition designations listed below.

16.    Kelly Williams
       Altec Industries, Inc.

       Kelly Williams, an Altec Industries, Inc., employee is expected to testify by deposition.  The substance of his testimony may be found in the deposition designations listed below.

### *Plaintiff's May Call Witnesses:*

1.     Thomas Baron
       Niagara Mohawk Power Corporation

       Thomas Baron, Vice President of Field Operations at Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work rules, training and education, any post-accident investigation and recreation, the use of an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift device.

2.     Richard Borsellino
       Niagara Mohawk Power Corporation

       Richard Borsellino, Vice President of Construction Operations at Niagara
       Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk
       work rules, training and education, any post-accident investigation and recreation,
       the use of an Altec aerial lift device, and lineman knowledge concerning the Altec
       aerial lift device.

3.     Jerry M. Brown
       New York State Police
       Fulton, NY  13069
       (315)593-1223

       Jerry M. Brown may testify concerning the conditions and events surrounding
       Timothy Everts' electrocution on May 8, 2000, including but not limited to any
       post-accident investigation and recreation.

4.     Jane Butler
       P. O. Box 73
       New Haven, NY  13121
       (315) 963-3583

       Jane Butler, mother of Timothy Everts, is expected to testify concerning damages
       resulting from Timothy Everts' death, including but not limited to her relationship
       with Timothy Everts, Timothy Everts' work experience, reputation, as well as any
       other matter addressed in the witness's deposition.

5.     Terry Campney
       Niagara Mohawk Power Corporation

       Terry Campney, a division manager at Niagara Mohawk Power Corporation, may
       testify concerning, inter alia, Niagara Mohawk work rules, training and education,
       any post-accident investigation and recreation, the use of an Altec aerial lift
       device, and lineman knowledge concerning the Altec aerial lift device.

6.     Brian Carroll
       Niagara Mohawk Power Corporation

       Brian Carroll, an employee of Niagara Mohawk Power Corporation, may testify
       concerning, inter alia, Niagara Mohawk work rules, training and education, any
       post-accident investigation and recreation, the use of an Altec aerial lift device,
       and lineman knowledge concerning the Altec aerial lift device.

7.     Roger Cary
       154 Russell Road
       Granby, NY  13069
       (315)598-9713

       Roger Cary may testify concerning the conditions and events surrounding
       Timothy Everts' electrocution on May 8, 2000.

8.     Paul Cianchetti
       Niagara Mohawk Power Corporation

       Paul Cianchetti, an employee of Niagara Mohawk Power Corporation, may testify
       concerning, inter alia, Niagara Mohawk work rules, training and education, any
       post-accident investigation and recreation, the use of an Altec aerial lift device,
       and lineman knowledge concerning the Altec aerial lift device.

9.     David Cleckler
       c/o 163 W. Main St.
       Dothan, AL  36301

       David Clecker, a lineman, is expected to tetify concerning the use of an Altec
       aerial lift device, lineman work practices, lineman knowledge concerning the
       Altec aerial lift device, and his own experiences using the Altec aerial lift device.

10.    Scott Cole
       Niagara Mohawk Power Corporation

       Scott Cole, Fleet Management Supervisor at Niagara Mohawk Power
       Corporation, may testify concerning, inter alia, Niagara Mohawk work rules,
       training and education, any post-accident investigation and recreation, the use of
       an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift
       device.

11.    Ralph E. Dudley
       Niagara Mohawk Power Corporation

       Ralph E. Dudley, a safety specialist at Niagara Mohawk, may testify concerning,
       inter alia, Niagara Mohawk lineman classifications, Niagara Mohawk work rules,
       training and education, his participation in post-accident investigation and
       recreation, any meetings with the Plaintiff's family, as well as any other matters
       addressed in his previous deposition.

12.    Kenneth E. Finch
       Niagara Mohawk Power Corporation

Kenneth E. Finch, manager, system forestry for Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work rules, training and education, any post-accident investigation and recreation, the use of an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift device.

13.     Scott Fiorentino
        Niagara Mohawk Power Corporation

        Scott Fiorentino, supervisor at Niagara Mohawk, may testify concerning, inter alia, Timothy Everts' work practices, Niagara Mohawk work rules, training and education.

14.     George J. Greene, P.E.
        19970 Holly Hills Drive
        La Rue, TX75770-9756
        (903) 849-3172

        George Green is Plaintiff's mechanical engineer expert.  Mr. Greene may provide expert opinion testimony regarding the history and development of the aerial lift device, the negligence of Defendant Altec in the design, manufacture and distribution of the subject Altec insulated aerial lift device, as well as any other matter  addressed in the witness's deposition.

15.     Richard Grosvent
        251 W. First St.
        Fulton, NY  13069
        (315)592-9080

        Richard Grosvent may testify concerning the conditions and events surrounding Timothy Everts' electrocution on May 8, 2000.

16.     Joe Hawksby
        Niagara Mohawk Power Corporation

        Joe Hawksby is a Niagara Mohawk lineman who may testify concerning, inter alia, Timothy Everts' work practices, Niagara Mohawk work rules, training and education.

17.     Dale Hughes
        396 Oswego River Road
        Phoenix, NY 13135
        (315)695-6985

        Dale Hughes may testify concerning the conditions and events surrounding Timothy Everts' electrocution on May 8, 2000.

18.     Andrew Kudarauskas
        Niagara Mohawk Power Corporation

        Andrew Kudarauskas, an employee of Niagara Mohawk Power Corporation, may
        testify concerning, inter alia, Niagara Mohawk work rules, training and education,
        any post-accident investigation and recreation, the use of an Altec aerial lift
        device, and lineman knowledge concerning the Altec aerial lift device.

19.     Lisa Leogrande
        168 Russell Road
        Fulton, NY  13069

        Lisa Leogrande may testify concerning the events of May 8, 2000, involving the
        Niagara Mohawk line crew on or near her premises.

20.     Dorothy M. Mayetta
        Niagara Mohawk Power Corporation

        Dorothy M. Mayetta, an employee of Niagara Mohawk Power Corporation, may
        testify concerning, inter alia, Niagara Mohawk work rules, training and education,
        any post-accident investigation and recreation, the use of an Altec aerial lift
        device, and lineman knowledge concerning the Altec aerial lift device.

21.     Michael McDonald
        P.O. Box 164
        New Haven, NY  13121
        (315)963-3729

        Michael McDonald may testify concerning the conditions and events surrounding
        Timothy Everts' electrocution on May 8, 2000.

22.     J. Derald Morgan
        113 Lansdown
        Madison, AL  35758

        J. Derald Morgan, an unavailable witness, is expected to testify by deposition.
        The substance of his testimony may be found in the deposition designations listed
        below.

23.     William Mullady
        Niagara Mohawk Power Corporation

        William Mullady, the transmission distribution supervisor at Niagara Mohawk
        Power Corporation, may testify concerning, inter alia, Niagara Mohawk lineman
        classifications, Niagara Mohawk work rules, training and education, and Timothy

Everts' work practices, as well as any other matter addressed in the witness's deposition.

24.     James J. Murphy
        Niagara Mohawk Power Corporation

        James J. Murphy, an employee of Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work rules, training and education, any post-accident investigation and recreation, the use of an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift device.

25.     Stephen Nicholson
        Niagara Mohawk Power Corporation

        Stephen Nicholson, fleet engineer at Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk practices in obtaining aerial lift devices and specifications related thereto, including those matters addressed in the witness's deposition.

26.     Josh Perkins
        1206 Sweetgum Road
        McRae, Georgia  31055

        Josh Perkins, a lineman, is expected to tetify concerning the use of an Altec aerial lift device, lineman work practices, lineman knowledge concerning the Altec aerial lift device, and his own experiences using the Altec aerial lift device.

27.     Howard Prosser, Ph.D., P.E.
        Engineering Systems, Inc.
        3851 Exchange Avenue
        Aurora, IL  60504
        (630) 851-4566

        Howard Prosser is the electrical engineering expert for Third-Party Defendant Niagara Mohawk Power Corp.  He may testify concerning those matters addressed in his previous deposition.

28.     George A. Rice
        Niagara Mohawk Power Corporation

        George A. Rice, an employee of Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work rules, training and education, any post-accident investigation and recreation, the use of an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift device.

29.     Michael Richards
        254 County Route 55
        Fulton, NY  13069
        (315)598-7931

        Michael Richards may testify concerning the conditions and events surrounding
        Timothy Everts' electrocution on May 8, 2000.

30.     Dr. John Ritter
        Lee Memorial Hospital
        Fulton, NY  13069

        Dr. John Ritter may testify concerning the nature of electrocution injuries as well
        as the injuries to Timothy Everts on May 8, 2000.

31.     John Ryan
        Niagara Mohawk Power Corporation

        John Ryan, employee of Niagara Mohawk Power Corporation, may testify
        concerning, inter alia, Niagara Mohawk work practices, Niagara Mohawk lineman
        classifications, Niagara Mohawk work rules, training and education, Timothy
        Everts' work practices, and his participation in post-accident investigation and
        recreation.

32.     Heath Sawyer
        c/o 163 W. Main St.
        Dothan, AL  36301

        Heath Sawyer, a lineman, is expected to tetify concerning the use of an Altec
        aerial lift device, lineman work practices, lineman knowledge concerning the
        Altec aerial lift device, and his own experiences using the Altec aerial lift device.

33.     Michael Schremp
        Niagara Mohawk Power Corporation

        Michael Schremp, superintendent of central region for Niagara Mohawk Power
        Corporation, may testify concerning, inter alia, Niagara Mohawk work practices,
        Niagara Mohawk lineman classifications, Niagara Mohawk work rules, training
        and education, Timothy Everts' work practices, and any post-accident
        investigation and recreation, as well as any other matters addressed in his
        previous deposition.

34.     Dirk Sharpe
        c/o 118 W. Fourth St.
        Tyler, TX  75701

Dirk Sharpe, a lineman, is expected to tetify concerning the use of an Altec aerial lift device, lineman work practices, lineman knowledge concerning the Altec aerial lift device, and his own experiences using the Altec aerial lift device.

35.   Christian Shuler
      115 Rivermist Drive
      Fulton, NY  13069
      (315)593-7918

      Christian Shuler may testify concerning the conditions and events surrounding Timothy Everts' electrocution on May 8, 2000.

36.   Robert Shumsky
      Niagara Mohawk Power Corporation

      Robert Shumsky, a retired lineman, may testify concerning, inter alia, Niagara Mohawk work practices, Niagara Mohawk lineman classifications, Niagara Mohawk work rules, training and education, and Timothy Everts' work practices.

37.   Kathleen H. Smith
      Niagara Mohawk Power Corporation

      Kathleen H. Smith, an employee of Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work rules, training and education, any post-accident investigation and recreation, the use of an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift device.

38.   John Spink
      Niagara Mohawk Power Corporation

      John Spink, director of field operations at Niagara Mohawk Power Corporation, may testify concerning, inter alia, Niagara Mohawk work practices, Niagara Mohawk lineman classifications, Niagara Mohawk work rules, training and education, Timothy Everts' work practices, and any post-accident investigation and recreation, as well as any other matters addressed in his previous deposition.

39.   Theodore Stevens
      c/o Suite 814, 1125 Grand Blvd.
      Kansas City, MO  64106

      Theodore Stevens, a lineman, is expected to tetify concerning the use of an Altec aerial lift device, lineman work practices, lineman knowledge concerning the Altec aerial lift device, and his own experiences using the Altec aerial lift device.

40.   Kevin P. Sucher
      New York State Police
      Fulton, NY  13069
      (315)593-1223

      Kevin P. Sucher may testify concerning the conditions and events surrounding
      Timothy Everts' electrocution on May 8, 2000, including but not limited to any
      post-accident investigation and recreation.

41.   Dan Tice
      Niagara Mohawk Power Corporation

      Daniel Tice, a safety specialist at Niagara Mohawk, may testify concerning, inter
      alia, Niagara Mohawk lineman classifications, Niagara Mohawk work rules,
      training and education, his participation in post-accident investigation and
      recreation, any meetings with the Plaintiff's family, as well as any other matters
      addressed in his previous deposition.

42.   Edward VanEmmerick
      Niagara Mohawk Power Corporation

      Edward VanEmmerick, a chief line mechanic at Niagara Mohawk, may testify
      concerning, inter alia, Niagara Mohawk work practices, Niagara Mohawk lineman
      classifications, Niagara Mohawk work rules, training and education, Timothy
      Everts' work practices, the use of an Altec aerial lift device, lineman knowledge
      concerning the Altec aerial lift device, as well as any other matters addressed in
      his previous deposition.

43.   David Walsh
      Niagara Mohawk Power Corporation

      David Walsh, Vice President of Employee Relations at Niagara Mohawk Power
      Corporation, may testify concerning, inter alia, Niagara Mohawk work rules,
      training and education, any post-accident investigation and recreation, the use of
      an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift
      device.

44.   Michael Walters
      1350 S.E. 5th Avenue
      Melrose, FL  32666

      Michael Walters, a lineman, is expected to tetify concerning the use of an Altec
      aerial lift device, lineman work practices, lineman knowledge concerning the
      Altec aerial lift device, and his own experiences using the Altec aerial lift device.

45.     John D. Weagraff
        Niagara Mohawk Power Corporation

        John Weagraff, an employee of Niagara Mohawk Power Corporation, may testify
        concerning, inter alia, Niagara Mohawk lineman classifications, Niagara Mohawk
        work rules, training and education, his participation in post-accident investigation
        and recreation, any meetings with the Plaintiff's family, the use of an Altec aerial
        lift device, and lineman knowledge concerning the Altec aerial lift device.

46.     Marty Wilbur
        Niagara Mohawk Power Corporation

        Marty Wilbur, a transportation supervisor at Niagara Mohawk Power
        Corporation, may testify concerning, inter alia, Niagara Mohawk work rules,
        training and education, any post-accident investigation and recreation, the use of
        an Altec aerial lift device, and lineman knowledge concerning the Altec aerial lift
        device.

47.     Plaintiff reserves the right to call all witnesses listed by Defendant not objected to
        by Plaintiffs.

48.     Plaintiff reserves the right to call all witnesses needed for rebuttal or impeachment
        testimony.

49.     Plaintiff reserves the right to call all witnesses needed to authenticate documents
        used at trial.

***Plaintiff's Witnesses by Deposition Testimony:***

| **Deponent** | **Date** | **Case** | **Page/Line Designations** |
|---|---|---|---|
| Anderson, Carl Michael | 06/27/2002 | *Everts v. Altec Industries, Inc.* | Pg. 2, Lines 1 thru 12<br>Pg. 3, Lines 1 thru 4<br>Pg. 4, Line 21 thru Pg. 5, Line 14<br>Pg. 5, Line 20 thru Pg. 6, Line 18<br>Pg. 7, Line 6 thru Pg. 8, Line 11<br>Pg. 8, Lines 16 thru Pg. 9, Line 2<br>Pg. 9, Lines 11 thru 17<br>Pg. 9, Line 23 thru Pg. 10, Line 17<br>Pg. 11, Lines 12 thru 23<br>Pg. 12, Lines 14 thru 25<br>Pg. 13, Lines 3 thru 19<br>Pg. 14, Line 8 thru Pg. 15, Line 5<br>Pg. 15, Lines 13 thru 21<br>Pg. 16, Line 6 thru Pg. 18, Line 6 |

| | | | |
|---|---|---|---|
| | | | Pg. 19, Lines 8 thru 13 |
| | | | Pg. 19, Line 22 thru Pg. 21, Line 4 |
| | | | Pg. 22, Line 10 thru Pg. 23, Line 1 |
| | | | Pg. 23, Line 25 thru Pg. 24, Line 21 |
| | | | Pg. 25, Line 22 thru Pg. 26, Line 6 |
| | | | Pg. 27, Line 15 thru Pg. 28, Line 15 |
| | | | Pg. 28, Line 20 thru Pg. 29, Line 8 |
| | | | Pg. 29, Line 21 thru Pg. 30, Line 3 |
| | | | Pg. 30, Line 23 thru Pg. 31, Line 3 |
| | | | Pg. 31, Line 24 thru Pg. 32, Line 15 |
| | | | Pg. 34, Line 24 thru Pg. 35, Line 8 |
| | | | Pg. 36, Line 24 thru Pg. 37, Line 4 |
| | | | Pg. 37, Line 13 thru Pg. 37, Line 20 |
| | | | Pg. 38, Line 4 thru Pg. 39, Line 20 |
| | | | Pg. 43, Line 16 thru Pg. 44, Line 20 |
| | | | Pg. 45, Lines 3 thru 21 |
| | | | Pg. 46, Line 4 thru Pg. 47, Line 1 |
| | | | Pg. 47, Lines 6 thru 13 |
| | | | Pg. 51, Line 21 thru Pg. 52, Line 12 |
| | | | Pg. 52, Line 23 thru Pg. 55, Line 4 |
| | | | Pg. 56, Line 2 thru Pg. 57, Line 11 |
| | | | Pg. 58, Lines 9 thru 23 |
| | | | Pg. 59, Line 21 thru Pg. 60, Line 5 |
| | | | Pg. 61, Lines 2 thru 5 |
| | | | Pg. 61, Line 9 thru Pg. 62, Line 11 |
| | | | Pg. 62, Line 17 thru Pg. 63, Line 6 |
| | | | Pg. 64, Line 15 thru Pg. 65, Line 1 |
| | | | Pg. 65, Line 15 thru Pg. 66, Line 21 |
| | | | Pg. 67, Lines 3 thru 12 |
| | | | Pg. 68, Line 24 thru Pg. 69, Line 4 |
| | | | Pg. 69, Line 25 thru Pg. 70, Line 6 |
| | | | Pg. 70, Lines 15 thru 23 |
| | | | Pg. 71, Lines 1 thru 16 |
| | | | Pg. 72, Lines 2 thru 6 |
| | | | Pg. 72, Line 24 thru Pg. 73, Line 9 |
| | | | Pg. 73, Line 19 thru Pg. 74, Line 9 |
| | | | Pg. 74, Lines 16 thru 25 |
| | | | Pg. 75, Line 2 thru Pg. 77, Line 3 |
| | | | Pg. 77, Lines 6 thru 12 |
| | | | Pg. 78, Line 24 thru Pg. 79, Line 4 |
| | | | Pg. 79, Line 20 thru Pg. 80, Line 19 |
| | | | Pg. 80, Line 21 thru Pg. 81, Line 5 |
| | | | Pg. 81, Line 12 thru Pg. 82, Line 15 |
| | | | Pg. 83, Lines 15 thru 19 |
| | | | Pg. 83, Line 24 thru Pg. 84, Line 25 |
| | | | Pg. 85, Lines 7 thru 24 |

| | | | |
|---|---|---|---|
| | | | Pg. 86, Lines 9 thru 19 |
| Chard, Joshua T. | 01/17/2003 | *Everts v. Altec Industries, Inc.* | Pg. 2, Lines 1 thru 12<br>Pg. 3, Line 1 thru Pg. 4, Line 12<br>Pg. 7, Line 23 thru Pg. 10, Line 10<br>Pg. 10, Line 17 thru Pg. 11, Line 11<br>Pg. 11, Line 22 thru Pg. 12, Line 21<br>Pg. 14, Lines 9 thru 11<br>Pg. 15, Line 24 thru Pg. 16, Line 11<br>Pg. 16, Line 20 thru Pg. 17, Line 7<br>Pg. 17, Line 23 thru Pg. 18, Line 7<br>Pg. 18, Line 9 thru Pg. 19, Line 17<br>Pg. 19, Line 19 thru Pg. 20, Line 15<br>Pg. 20, Line 18 thru Pg. 21, Line 10<br>Pg. 21, Line 13 thru Pg. 22, Line 8<br>Pg. 22, Lines 10 thru 19<br>Pg. 22, Line 21 thru Pg. 23, Line 25<br>Pg. 25, Lines 12 thru 18<br>Pg. 25, Lines 20 thru 25<br>Pg. 26, Line 2 thru Pg. 27, Line 11<br>Pg. 27, Lines 13 thru 18<br>Pg. 27, Line 22 thru Pg. 28, Line 2<br>Pg. 28, Line 5 thru Pg. 29, Line 1<br>Pg. 29, Line 20 thru Pg. 30, Line 14<br>Pg. 31, Line 15 thru Pg. 33, Line 3<br>Pg. 33, Lines 13 and 14<br>Pg. 33, Line 16 thru Pg. 34, Line 17<br>Pg. 35, Line 8 thru Pg. 37, Line 3<br>Pg. 37, Lines 6 and 7<br>pg. 37, Line 9 thru Pg. 38, Line 11<br>Pg. 38, Line 17 thru Pg. 39, Line 7<br>Pg. 39, Lines 9 thru 16<br>Pg. 40, Line 14 thru Pg. 41, Line 7<br>Pg. 42, Lines 4 thru 18<br>Pg. 44, Lines 4 thru 7<br>Pg. 46, Lines 6 thru 21<br>Pg. 46, Line 24 thru Pg. 47, Line 2<br>Pg. 47, Line 11 thru Pg. 48, Line 8<br>Pg. 48, Lines 12 thru 23<br>Pg. 49, Lines 7 thru 10<br>Pg. 49, Lines 12 thru 23<br>Pg. 50, Lines 16 thru 25<br>Pg. 51, Line 13 thru Pg. 52, Line 17<br>Pg. 52, Line 23 thru Pg. 53, Line 4<br>Pg. 54, Line 19 thru Pg. 55, Line 9<br>Pg. 55, Line 16 thru Pg. 57, Line 2 |

| | | | |
|---|---|---|---|
| | | | Pg. 57, Lines 19 thru 21 |
| | | | Pg. 58, Line 10 thru Pg. 59, Line 9 |
| | | | Pg. 59, Line 11 thru Pg. 60, Line 2 |
| | | | Pg. 60, Line 7 thru Pg. 62, Line 9 |
| | | | Pg. 62, Line 24 thru Pg. 63, Line 1 |
| | | | Pg. 63, Lines 3 thru 9 |
| | | | Pg. 63, Line 15 |
| | | | Pg. 63, Line 17 thru Pg. 64, Line 22 |
| | | | Pg. 65, Lines 1 thru 19 |
| | | | Pg. 65, Lines 21 thru 24 |
| | | | Pg. 66, Lines 1 and 2 |
| | | | Pg. 66, Line 8 thru Pg. 68, Line 7 |
| | | | Pg. 68, Line 10 thru Pg. 69, Line 4 |
| | | | Pg. 69, Lines 13 thru 21 |
| | | | Pg. 70, Line 1 thru Pg. 71, Line 5 |
| | | | Pg. 71, Line 13 thru Pg. 72, Line 10 |
| | | | Pg. 72, Lines 14 thru 22 |
| | | | Pg. 73, Line 1 thru Pg. 74, Line 4 |
| | | | Pg. 74, Line 6 thru Pg. 75, Line 4 |
| | | | Pg. 75, Line 19 thru Pg. 76, Line 2 |
| | | | Pg. 76, Lines 20 thru 22 |
| | | | Pg. 77, Line 23 thru Pg. 78, Line 6 |
| | | | Pg. 78, Line 11 thru Pg. 79, Line 1 |
| | | | Pg. 79, Line 6 thru Pg. 80, Line 7 |
| | | | Pg. 81, Lines 2 thru 9 |
| | | | Pg. 81, Lines 15 thru 19 |
| | | | Pg. 81, Line 24 thru Pg. 82, Line 14 |
| | | | Pg. 82, Line 19 thru Pg. 83, Line 21 |
| | | | Pg. 84, Lines 2 thru 25 |
| | | | Pg. 85, Line 6 thru Pg. 86, Line 15 |
| | | | Pg. 86, Line 23 thru Pg. 88, Line 16 |
| | | | Pg. 88, Lines 23 thru 25 |
| | | | Pg. 89, Lines 2 thru 24 |
| | | | Pg. 90, Lines 11 thru 17 |
| | | | Pg. 91, Lines 9 thru 12 |
| | | | Pg. 93, Line 10 thru Pg. 94, Line 10 |
| | | | Pg. 94, Line 12 thru Pg. 95, Line 1 |
| | | | Pg. 95, Line 3 thru Pg. 98, Line 12 |
| | | | Pg. 98, Line 20 thru Pg. 99, Line 3 |
| | | | Pg. 99, Lines 8 thru 14 |
| | | | Pg. 100, Lines 6 thru 18 |
| | | | Pg. 101, Line 8 thru Pg. 102, Line 16 |
| | | | Pg. 105, Line 1 thru Pg. 106, Line 4 |
| | | | Pg. 106, Lines 9 thru 14 |
| | | | Pg. 106, Lines 16 thru 20 |
| | | | Pg. 108, Line 19 thru Pg. 109, Line 1 |

| | | | |
|---|---|---|---|
| | | | Pg. 109, Lines 3 thru 16<br>Pg. 109, Lines 18 and 19<br>Pg. 110, Lines 2 thru 10<br>Pg. 110, Lines 16 thru 19<br>Pg. 110, Lines 22 thru 24<br>Pg. 111, Lines 4 thru 10<br>Pg. 111, Line 16 thru Pg. 112, Line 12 |
| Mathis, Randy | 02/01/2002 | *Everts v. Altec Industries, Inc.* | Pg. 2, Lines 1 thru 12<br>Pg. 3, Lines 1 thru 23<br>Pg. 4, Line 20 thru Pg. 5, Line 21<br>Pg. 6, Lines 16 thru 20<br>Pg. 7, Lines 19 thru 25<br>Pg. 8, Lines 4 thru 11<br>Pg. 9, Line 4 thru Pg. 10, Line 1<br>Pg. 10, Lines 5 thru 12<br>Pg. 12, Lines 18 thru 25<br>Pg. 13, Lines 7 thru 17<br>Pg. 13, Line 21 thru Pg. 14, Line 8<br>Pg. 14, Lines 17 thru 25<br>Pg. 15, Line 4 thru Pg. 16, Line 10<br>Pg. 17, Lines 7 thru 14<br>Pg. 18, Lines 7 thru 10<br>Pg. 18, Lines 13 thru 20<br>Pg. 19, Lines 5 thru 24<br>Pg. 23, Line 4 thru Pg. 24, Line 2<br>Pg. 25, Line 14 thru Pg. 26, Line 2<br>Pg. 27, Lines 8 thru 11<br>Pg. 27, Line 20 thru Pg. 28, Line 16<br>Pg. 29, Lines 4 thru 20<br>Pg. 30, Lines 5 thru 10<br>Pg. 30, Line 17 thru Pg. 31, Line 9<br>Pg. 33, Lines 7 thru 22<br>Pg. 34, Lines 13 thru 20<br>Pg. 35, Lines 7 thru 17<br>Pg. 36, Line 16 thru Pg. 37, Line 13<br>Pg. 39, Lines 15 thru 21<br>Pg. 41, Line 19 thru Pg. 42, Line 10<br>Pg. 42, Line 22 thru Pg. 43, Line 6<br>Pg. 44, Line 9 thru Pg. 45, Line 9<br>Pg. 45, Lines 13 thru 17<br>Pg. 45, Lines 23 thru 25<br>Pg. 46, Lines 3 thru 11<br>Pg. 50, Lines 5 thru 16<br>Pg. 56, Lines 3 thru 22<br>Pg. 57, Line 5 thru Pg. 58, Line 5 |

| | | | |
|---|---|---|---|
| | | | Pg. 59, Line 12 thru Pg. 60, Line 20 |
| | | | Pg. 61, Lines 4 thru 6 |
| | | | Pg. 61, Line 12 thru Pg. 62, Line 6 |
| | | | Pg. 62, Lines 9 thru 13 |
| | | | Pg. 63, Lines 15 thru 25 |
| | | | Pg. 64, Lines 7 thru 11 |
| | | | Pg. 64, Line 17 |
| | | | Pg. 65, Lines 21 thru 24 |
| | | | Pg. 66, Lines 6 thru 11 |
| | | | Pg. 66, Lines 14 thru 17 |
| | | | Pg. 67, Lines 3 thru 11 |
| | | | Pg. 67, Lines 14 thru 21 |
| | | | Pg. 68, Lines 3 thru 9 |
| | | | Pg. 72, Lines 15 thru 24 |
| | | | Pg. 74, Lines 10 thru 13 |
| | | | Pg. 76, Lines 5 thru 17 |
| | | | Pg. 79, Lines 7 thru 10 |
| | | | Pg. 79, Line 13 thru Pg. 80, Line 5 |
| | | | Pg. 80, Line 9 thru Pg. 81, Line 12 |
| | | | Pg. 82, Lines 13 thru 24 |
| | | | Pg. 83, Line 16 thru Pg. 84, Line 6 |
| | | | Pg. 84, Line 10 thru Pg. 85, Line 9 |
| | | | Pg. 85, Line 18 thru Pg. 86, Line 2 |
| | | | Pg. 88, Line 9 thru Pg. 89, Line 11 |
| | | | Pg. 89, Lines 20 thru 22 |
| | | | Pg. 89, Line 25 thru Pg. 90, Line 17 |
| | | | Pg. 90, Line 25 thru Pg. 92, Line 4 |
| | | | Pg. 92, Lines 14 thru 18 |
| | | | Pg. 95, Lines 8 thru 10 |
| | | | Pg. 95, Line 19 thru Pg. 96, Line 3 |
| | | | Pg. 97, Lines 10 thru 23 |
| | | | Pg. 98, Lines 9 thru 20 |
| Sytsma, James | 06/26/2002 | *Everts v. Altec Industries, Inc.* | Pg. 2, Lines 1 thru 12 |
| | | | Pg. 3, Lines 1 thru 18 |
| | | | Pg. 4, Line 20 thru Pg. 5, Line 15 |
| | | | Pg. 6, Line 6 thru Pg. 7, Line 22 |
| | | | Pg. 7, Line 25 thru Pg. 9, Line 1 |
| | | | Pg. 9, Line 18 thru Pg. 10, Line 22 |
| | | | Pg. 11, Line 1 thru Pg. 13, Line 21 |
| | | | Pg. 14, Line 18 thru Pg. 15, Line 8 |
| | | | Pg. 16, Lines 14 thru 20 |
| | | | Pg. 17, Lines 2 thru 22 |
| | | | Pg. 18, Lines 5 thru 9 |
| | | | Pg. 19, Lines 7 thru 15 |
| | | | Pg. 20, Line 14 thru Pg. 21, Line 17 |

| | | | |
|---|---|---|---|
| | | | Pg. 21, Lines 22 thru 25 |
| | | | Pg. 22, Lines 10 thru 15 |
| | | | Pg. 22, Line 21 thru Pg. 25, Line 1 |
| | | | Pg. 26, Line 6 thru Pg. 27, Line 5 |
| | | | Pg. 27, Line 21 thru Pg. 28, Line 4 |
| | | | Pg. 28, Line 19 thru Pg. 29, Line 8 |
| | | | Pg. 29, Line 19 thru Pg. 30, Line 1 |
| | | | Pg. 30, Line 8 thru Pg. 31, Line 5 |
| | | | Pg. 31, Lines 13 thru 23 |
| | | | Pg. 32, Line 10 thru Pg. 33, Line 3 |
| | | | Pg. 33, Lines 5 thru 18 |
| | | | Pg. 33, Lines 23 thru 25 |
| | | | Pg. 36, Line 20 thru Pg. 37, Line 6 |
| | | | Pg. 41, Line 22 thru Pg. 42, Line 16 |
| | | | Pg. 42, Line 24 thru Pg. 45, Line 19 |
| | | | Pg. 45, Line 22 thru Pg. 46, Line 6 |
| | | | Pg. 48, Lines 11 thru 25 |
| | | | Pg. 49, Lines 1 thru 11 |
| | | | Pg. 49, Line 19 thru Pg. 50, Line 15 |
| | | | Pg. 50, Line 24 thru Pg. 51, Line 3 |
| | | | Pg. 51, Line 12 thru Pg. 52, Line 1 |
| | | | Pg. 53, Lines 2 thru 9 |
| | | | Pg. 55, Lines 20 thru 25 |
| | | | Pg. 56, Lines 6 thru 21 |
| | | | Pg. 57, Lines 1 thru 13 |
| | | | Pg. 57, Line 22 thru Pg. 58, Line 2 |
| | | | Pg. 59, Lines 21 thru 23 |
| | | | Pg. 60, Lines 6 thru 15 |
| | | | Pg. 61, Lines 13 thru 15 |
| | | | Pg. 61, Line 19 thru Pg. 62, Line 4 |
| | | | Pg. 62, Lines 8 thru 24 |
| | | | Pg. 64, Line 7 thru Pg. 65, Line 3 |
| | | | Pg. 65, Lines 10 thru 22 |
| | | | Pg. 66, Lines 5 thru 21 |
| | | | Pg. 67, Lines 16 thru 21 |
| | | | Pg. 67, Line 23 thru Pg. 69, Line 8 |
| | | | Pg. 69, Lines 14 thru 16 |
| | | | Pg. 69, Line 21 thru Pg. 70, Line 19 |
| | | | Pg. 70, Line 24 thru Pg. 71, Line 6 |
| | | | Pg. 71, Line 9 thru Pg. 72, Line 20 |
| | | | Pg. 74, Lines 5 thru 7 |
| | | | Pg. 74, Line 15 thru Pg. 75, Line 9 |
| | | | Pg. 76, Line 25 thru Pg. 77, Line 2 |
| | | | Pg. 78, Lines 21 thru 25 |
| | | | Pg. 82, Line 10 thru Pg. 83, Line 10 |
| | | | Pg. 85, Lines 11 thru 19 |

| | | | |
|---|---|---|---|
| | | | Pg. 86, Lines 6 thru 16<br>Pg. 87, Lines 13 thru 18<br>Pg. 90, Line 21 thru Pg. 91, Line 14<br>Pg. 94, Lines 6 thru 20<br>Pg. 95, Lines 3 thru 6<br>Pg. 95, Line 10 thru Pg. 96, Line 19<br>Pg. 96, Line 23 thru Pg. 97, Line 23<br>Pg. 98, Line 10 thru Pg. 98, Line 23<br>Pg. 99, Lines 7 thru 19<br>Pg. 100, Line 18 thru Pg. 101, Line 16<br>Pg. 103, Line 1 thru Pg. 104, Line 1<br>Pg. 104, Line 13 thru Pg. 105, Line 18<br>Pg. 106, Lines 18 thru 24<br>Pg. 107, Lines 3 thru 17<br>Pg. 108, Lines 1 thru 4<br>Pg. 109, Line 1 thru Pg. 110, Line 2<br>Pg. 110, Lines 4 thru 16<br>Pg. 112, Line 23 thru Pg. 113, Line 8<br>Pg. 113, Line 20 thru Pg. 114, Line 7<br>Pg. 116, Lines 2 thru 6<br>Pg. 116, Line 9 thru Pg. 117, Line 16<br>Pg. 118, Lines 19 thru 21<br>Pg. 123, Line 22 thru Pg. 124, Line 5<br>Pg. 124, Lines 10 thru 13<br>Pg. 124, Line 22 thru Pg. 125, Line 16<br>Pg. 124, Line 24 thru Pg. 126, Line 2<br>Pg. 127, Lines 8 thru 15 |
| Anderson,<br>Carl Michael | 10/16/2002 | *Walters v. Altec<br>Industries, Inc.* | Pg. 6, Line 18 thru Pg. 9, Line 23<br>Pg. 10, Line 7 thru Pg. 11, Line 10<br>Pg. 19, Line 21 thru Pg. 20, Line 4<br>Pg. 21, Line 4 thru Pg. 22, Line 2<br>Pg. 22, Line 16 thru Pg. 23, Line 4<br>Pg. 25, Line 19 thru Pg. 26, Line 7<br>Pg. 40, Line 10 thru Pg. 51, Line 8<br>Pg. 59, Lines 8 thru 15<br>Pg. 62, Lines 12 thru 20<br>Pg. 82, Lines 3 thru 21<br>Pg. 83, Line 1 thru Pg. 97, Line 16<br>Pg. 98, Line 21 thru Pg. 99, Line 7<br>Pg. 116, Line 3 thru Pg. 119, Line 15<br>Pg. 145, Lines 11 thru 14<br>Pg. 146, Line 4 thru Pg. 147, Line 17<br>Pg. 148, Line 13 thru Pg. 149, Line 19<br>Pg. 161, Line 21 thru Pg. 162, Line 12 |

| Bates, Daniel | 01/16/03 | *Walters v. Altec Industries, Inc.* | Pg. 5, Lines 7 and 8<br>Pg. 5, Line 22 thru Pg. 7, Line 6<br>Pg. 7, Lines 12 and 13<br>Pg. 7, Line 17 thru Pg. 54, Line 7 |
|---|---|---|---|
| Chard, Joshua T. | 10/16/02 | *Walters v. Altec Industries, Inc.* | Pg. 7, Line 6 thru Pg. 8, Line 2<br>Pg. 10, Lines 1 thru 9<br>Pg. 30, Lines 5 thru 8<br>Pg. 32, Line 16 thru Pg. 33, Line 5<br>Pg. 38, Line 6 thru Pg. 39, Line 12<br>Pg. 42, Line 6 thru Pg. 44, Line 11<br>Pg. 45, Line 10 thru Pg. 46, Line 14<br>Pg. 47, Line 23 thru Pg. 50, Line 10<br>Pg. 54, Lines 4 thru 23<br>Pg. 56, Lines 8 thru 19<br>Pg. 63, Line 3 thru Pg. 64, Line 20<br>Pg. 67, Line 10 thru Pg. 69, Line 4<br>Pg. 70, Line 22 thru Pg. 74, Line 23<br>Pg. 79, Lines 4 thru 16 |
| Chard, Joshua T. | 02/27/03 | *Walters v. Altec Industries, Inc.* | Pg. 5, Line 2 thru Pg. 8, Line 16<br>Pg. 10, Line 19 thru Pg. 11, Line 7<br>Pg. 11, Line 22 thru Pg. 14, Line 1<br>Pg. 16, Lines 8 thru 21<br>Pg. 18, Line 2 thru Pg. 21, Line 6<br>Pg. 23, Line 15 thru Pg. 33, Line 17<br>Pg. 34, Line 7 thru Pg. 37, Line 1<br>Pg. 38, Line 13 thru Pg. 42, Line 7<br>Pg. 43, Lines 1 thru 14<br>Pg. 46, Line 22 thru Pg. 47, Line 1<br>Pg. 48, Lines 4 thru 18<br>Pg. 49, Line 1 thru Pg. 51, Line 8<br>Pg. 51, Line 20 thru Pg. 57, Line 22<br>Pg. 58, Line 16 thru Pg. 59, Line 7<br>Pg. 60, Line 8 thru Pg. 71, Line 13<br>Pg. 73, Line 12 thru Pg. 75, Line 14<br>Pg. 80, Lines 4 thru 15<br>Pg. 83, Line 9 thru Pg. 86, Line 10<br>Pg. 86, Line 18 thru Pg. 88, Line 1 |
| Hoffelmeyer, Richard | 01/16/03 | *Walters v. Altec Industries, Inc.* | Pg. 1, Lines 1 thru 19<br>Pg. 5, Line 6 thru Pg. 6, Line 12<br>Pg. 7, Lines 1 thru 7<br>Pg. 7, Lines 11 thru 15<br>Pg. 7, Lines 19 thru 22<br>Pg. 8, Lines 1 thru 10 |

| | | | |
|---|---|---|---|
| | | | Pg. 8, Lines 16 thru 21 |
| | | | Pg. 9, Lines 19 thru 22 |
| | | | Pg. 11, Line 21 thru Pg. 12, Line 9 |
| | | | Pg. 24, Line 20 thru Pg. 25, Line 10 |
| | | | Pg. 25, Line 21 thru Pg. 28, Line 8 |
| | | | Pg. 28, Line 16 thru Pg. 29, Line 3 |
| | | | Pg. 34, Line 22 thru Pg. 36, Line 15 |
| | | | Pg. 37, Line 4 thru Pg. 39, Line 4 |
| | | | Pg. 39, Line 18 thru Pg. 40, Line 14 |
| | | | Pg. 41, Line 18 thru Pg. 42, Line 1 |
| | | | Pg. 43, Line 21 thru Pg. 44, Line 2 |
| | | | Pg. 47, Lines 3 thru 17 |
| | | | Pg. 48, Line 22 thru Pg. 49, Line 3 |
| | | | Pg. 49, Lines 7 thru 9 |
| | | | Pg. 49, Line 20 thru Pg. 50, Line 3 |
| | | | Pg. 51, Line 19 thru Pg. 52, Line 9 |
| | | | Pg. 52, Line 25 thru Pg. 53, Line 7 |
| | | | Pg. 56, Lines 14 thru 16 |
| | | | Pg. 56, Line 19 thru Pg. 57, Line 5 |
| | | | Pg. 57, Lines 6 thru 12 |
| | | | Pg. 57, Lines 13 thru 17 |
| | | | Pg. 57, Line 19 |
| | | | Pg. 58, Line 3 thru Pg. 61, Line 6 |
| | | | Pg. 61, Line 7 thru Pg. 63, Line 14 |
| | | | Pg. 73, Line 11 thru 18 |
| | | | Pg. 75, Lines 9 thru 24 |
| | | | Pg. 77, Lines 7 thru 12 |
| | | | Pg. 79, Line 20 thru Pg. 80, Line 16 |
| | | | Pg. 81, Lines 8 thru 16 |
| | | | Pg. 81, Line 19 thru Pg. 82, Line 3 |
| | | | Pg. 83, Lines 4 thru 21 |
| | | | Pg. 84, Lines 8 thru 11 |
| | | | Pg. 85, Lines 2 thru 14 |
| | | | Pg. 86, Line 3 thru Pg. 87, Line 4 |
| | | | Pg. 87, Line 5 thru Pg. 88, Line 12 |
| | | | Pg. 90, Line 23 thru Pg. 93 Line 17 |
| | | | Pg. 93, Line 18 thru Pg. 94, Line 7 |
| | | | Pg. 95, Lines 8 thru 20 |
| | | | Pg. 97, Lines 11 thru 23 |
| | | | Pg. 107, Line 24 thru Pg. 108, Line 23 |
| | | | Pg. 111, Lines 14 thru 16 |
| | | | Pg. 112, Lines 8 thru 15 |
| | | | Pg. 113, Line 21 thru Pg. 114, Line 18 |
| | | | Pg. 114, Line 22 thru Pg. 115, Line 4 |
| | | | Pg. 116, Line 21 thru Pg. 117, Line 15 |
| | | | Pg. 118, Lines 5 thru 12 |

| | | | |
|---|---|---|---|
| | | | Pg. 118, Line 22 thru Pg. 120, Line 12<br>Pg. 120, Line 21 thru Pg. 122, Line 7<br>Pg. 122, Lines 13 thru 17<br>Pg. 125, Line 23 thru Pg. 127, Line 6<br>Pg. 127, Line 18 thru Pg. 128, Line 2<br>Pg. 130, Lines 5 thru 13<br>Pg. 131, Lines 2 thru 18<br>Pg. 131, Line 25 thru Pg. 133, Line 20<br>Pg. 134, Lines 2 thru 6<br>Pg. 135, Lines 17 thru 21<br>Pg. 136, Lines 4 thru 17<br>Pg. 136, Line 20 thru Pg. 137, Line 7<br>Pg. 138, Lines 1 thru 13<br>Pg. 141, Lines 2 thru 25<br>Pg. 142, Line 7 thru Pg. 143, Line 12<br>Pg. 143, Line 19 thru Pg. 145, Line 1<br>Pg. 145, Line 10 thru Pg. 146, Line 15<br>Pg. 147, Lines 9 thru 20<br>Pg. 148, Line 6 thru Pg. 149, Line 25 |
| Mathis, Randy | 01/06/03 | *Walters v. Altec Industries, Inc.* | Pg. 4, Lines 8 and 9<br>Pg. 10, Lines 12 thru 14<br>Pg. 10, Line 21 thru Pg. 11, Line 3<br>Pg. 12, Line 21 thru Pg. 13, Line 12<br>Pg. 13, Line 25 thru Pg. 14, Line 19<br>Pg. 19, Line 9 thru Pg. 20, Line 11<br>Pg. 21, Line 7 thru Pg. 22, Line 8 |
| Morgan,<br>Dr. J. Derald | 02/26/03 | *Walters v. Altec Industries, Inc.* | Pg. 5, Line 2 thru Pg. 29, Line 12<br>Pg. 30, Lines 1 thru 14<br>Pg. 30, Line 21 thru Pg. 35, Line 6<br>Pg. 35, Line 18 thru Pg. 58, Line 13<br>Pg. 59, Line 6 thru Pg. 61, Line 17<br>Pg. 66, Line 22 thru Pg. 78, Line 6<br>Pg.122, Lines 8 thru 19<br>Pg. 127, Line 12 thru Pg. 133, Line 23<br>Pg. 134, Line 21 thru Pg. 136, Line 8 |
| Spencer, Mike | 01/23/03 | *Walters v. Altec Industries, Inc.* | Pg. 3, Lines 10 thru 11 and 22 thru 25<br>Pg. 4, Lines 5 thru 13<br>Pg. 7, Lines 10 thru 14,<br>Pg. 7, Line 19 thru Pg. 8, Line 24<br>Pg. 11, Line 18 thru 24<br>Pg. 12, Line 11 thru Pg. 13, Line 8<br>Pg. 13, Line 14 thru Pg. 16, Line 4<br>Pg. 19, Line 22 thru Pg. 20, Line 8,<br>Pg. 20, Line 22 thru Pg. 23, Line 3 |

| | | | |
|---|---|---|---|
| | | | Pg. 25, Line 4 thru Pg. 26, Line 1 |
| | | | Pg. 26, Line 9 thru Pg. 27, Line 5 |
| | | | Pg. 28, Line 15 thru Pg. 29, Line 2 |
| | | | Pg. 29, Lines 7 thru 11 |
| | | | Pg. 29, Line 24 thru Pg. 30, Line 6 |
| | | | Pg. 30, Line 19 thru Pg. 31, Line 4 |
| | | | Pg. 33, Line 1 thru Pg. 35, Line 10 |
| | | | Pg. 35, Line 15 thru Pg. 38, Line 9 |
| | | | Pg. 39, Lines 6 thru 19 |
| | | | Pg. 41, Line 16 thru Pg. 44, Line 1 |
| | | | Pg. 44, Line 9 thru Pg. 46, Line 24 |
| | | | Pg. 47, Line 8 thru Pg. 50, Line 4 |
| | | | Pg. 50, Line 24 thru Pg. 51, Line 22 |
| | | | Pg. 53, Line 11 thru Pg. 54, Line 8 |
| | | | Pg. 54, Line 21 thru Pg. 57, Line 5 |
| | | | Pg. 58, Lines 3 thru 19 |
| | | | Pg. 59, Line 15 thru Pg. 60, Line 16 |
| | | | Pg. 62, Lines 7 thru 14 |
| | | | Pg. 62, Lines 16 thru Pg. 63, Line 18 |
| | | | Pg. 63, Line 20 thru Pg. 65, Line 6 |
| | | | Pg. 65, Line 8 thru Pg. 68, Line 6 |
| | | | Pg. 68, Line 20 thru Pg. 71, Line 3 |
| | | | Pg. 71, Line 8 thru Pg. 73, Line 18 |
| | | | Pg 74, Line 15 thru Pg. 76, Line 6 |
| | | | Pg. 76, Lines 11 thru 20 |
| | | | Pg. 77, Lines 6 thru 25 |
| | | | Pg. 80, Line 20 thru Pg. 81, Line 20 |
| | | | Pg. 81, Line 23 thru Pg. 83, Line 16 |
| | | | Pg. 84, Line 7 thru Pg. 86, Line 20 |
| | | | Pg. 92, Line 10 thru Pg. 94, Line 22 |
| | | | Pg. 95, Line 4 thru Pg. 96, Line 21 |
| | | | Pg. 96, Line 25 thru Pg. 100, Line 12 |
| | | | Pg. 113, Line 8 thru Pg. 118, Line 19 |

| Sytsma, James | 10/16/02 | *Walters v. Altec Industries, Inc.* | Pg. 8, Lines 13 thru 22 |
|---|---|---|---|
| | | | Pg. 10, Line 6 thru Pg. 11, Line 8 |
| | | | Pg. 12, Line 1 thru Pg. 17, Line 20 |
| | | | Pg. 20, Lines 7 thru 12 |
| | | | Pg. 22, Line 15 thru Pg. 26, Line 23 |
| | | | Pg. 28, Lines 12 thru 19 |
| | | | Pg. 30, Line 20 thru Pg. 31, Line 14 |
| | | | Pg. 36, Line 19 thru Pg. 39, Line 7 |
| | | | Pg. 41, Line 12 thru Pg. 43, Line 4 |
| | | | Pg. 44, Line 22 thru Pg. 46, Line 8 |
| | | | Pg. 46, Line 18 thru Pg. 48, Line 1 |
| | | | Pg. 50, Line 12 thru Pg. 51, Line 15 |
| | | | Pg. 70, Line 11 thru Pg. 72, Line 8 |
| | | | Pg. 72, Line 19 thru Pg. 75, Line 17 |
| | | | Pg. 76, Line 12 thru Pg. 77, Line 20 |
| | | | Pg. 78, Line 3 thru Pg. 89, Line 8 |
| | | | Pg. 91, Lines 10 thru 20 |
| | | | Pg. 94, Line 13 thru Pg. 97, Line 8 |
| | | | Pg. 101, Line 22 thru Pg. 102, Line 19 |
| | | | Pg. 104, Line 12 thru Pg. 109, Line 6 |
| | | | Pg. 109, Line 20 thru Pg. 117, Line 4 |
| | | | Pg. 117, Line 13 thru Pg. 119, Line 14 |
| | | | Pg. 119, Line 19 thru Pg. 126, Line 2 |
| | | | Pg. 126, Line 16 thru Pg. 127, Line 12 |
| | | | Pg. 129, Lines 11 thru 17 |
| | | | Pg. 130, Line 8 thru Pg. 133, Line 21 |
| | | | Pg. 135, Line 9 thru Pg. 138, Line 2 |
| | | | Pg. 138, Line 23 thru Pg. 141, Line 20 |
| | | | Pg. 142, Line 9 thru Pg. 144, Line 23 |
| | | | Pg. 145, Line 13 thru Pg. 150, Line 3 |
| | | | Pg. 152, Line 13 thru Pg. 154, Line 1 |
| | | | Pg. 155, Line 13 thru Pg. 156, Line 1 |
| | | | Pg. 157, Line 3 thru Pg. 158, Line 22 |
| | | | Pg. 161, Line 11 thru Pg. 162, Line 20 |
| | | | Pg. 163, Line 4 thru Pg. 171, Line 23 |
| | | | Pg. 180, Lines 11 thru 18 |
| | | | Pg. 183, Line 21 thru Pg. 184, Line 2 |
| | | | Pg. 185, Lines 10 thru 22 |
| | | | Pg. 191, Line 20 thru Pg. 192, Line 11 |
| | | | Pg. 193, Line 22 thru Pg. 194, Line 15 |
| | | | Pg. 200, Lines 11 thru 20 |
| | | | Pg. 201, Line 9 thru Pg. 202, Line 14 |
| | | | Pg. 216, Line 16 thru Pg. 217, Line 6 |
| | | | Pg. 222, Lines 5 thru 15 |
| | | | Pg. 256, Line 21 thru Pg. 258, Line 3 |

| | | | |
|---|---|---|---|
| | | | Pg. 258, Line 20 thru Pg. 259, Line 13<br>Pg. 267, Lines 11 thru 21<br>Pg. 270, Lines 12 thru 21<br>Pg. 271, Line 13 thru Pg. 273, Line 23<br>Pg. 279, Line 5 thru Pg. 283, Line 7<br>Pg. 283, Line 12 thru Pg. 288, Line 5 |
| Vollmer,<br>Edwin | 01/22/03 | *Walters v. Altec<br>Industries, Inc.* | Pg. 5, Lines 7 thru 9<br>Pg. 9, Lines 3 thru 7<br>Pg. 9, Line 20 thru Pg. 10, Line 16<br>Pg. 12, Line 20 thru Pg. 13, Line 11<br>Pg. 16, Line 17 thru Pg. 17, Line 11<br>Pg. 17, Lines 23 thru 25<br>Pg. 18, Line 6 thru Pg. 24, Line 8<br>Pg. 25, Line 22 thru Pg. 26, Line 5<br>Pg. 27, Lines 3 thru 22<br>Pg. 28, Line 18 thru Pg. 33, Line 20<br>Pg. 34, Lines 7 thru 14<br>Pg. 37, Lines 4 thru 24<br>Pg. 43, Line 2 thru Pg. Pg. 46, Line 21<br>Pg. 47, Line 19 thru Pg. 54, Line 18<br>Pg. 55, Line 3 thru Pg. 56, Line 3<br>Pg. 56, Line 15 thru Pg. 63, Line 1<br>Pg. 63, Line 5 thru Pg. 74, Line 11<br>Pg. 74, Line 16 thru Pg. 76, Line 4<br>Pg. 76, Lines 6 thru 19<br>Pg. 76, Line 21 thru Pg. 78, Line 9<br>Pg. 78, Line 12 thru Pg. 79, Line 15<br>Pg. 79, Line 17 thru Pg. 80, Line 18<br>Pg. 80, Line 21 thru Pg. 82, Line 16<br>Pg. 82, Line 21 thru Pg. 83, Line 16<br>Pg. 83, Line 19 thru Pg. 90, Line 20<br>Pg. 91, Line 1 thru Pg. 93, Line 14<br>Pg. 93, Line 19 thru Pg. 97, Line 11<br>Pg. 97, Line 16 thru Pg. 101, Line 22<br>Pg. 101, Line 25 thru Pg. 105, Line 6<br>Pg. 105, Line 8 thru Pg. 106, Line 13<br>Pg. 106, Line 15 thru Pg. 108, Line 3<br>Pg. 108, Lines 5 thru 17<br>Pg. 108, Line 19 thru Pg. 109, Line 5<br>Pg. 109, Lines 7 thru 10<br>Pg. 109, Line 12 thru Pg. 113, Line 23<br>Pg. 114, Lines 3 thru 6<br>Pg. 114, Line 8 thru Pg. 115, Line 22<br>Pg. 115, Line 24 thru Pg. 116, Line 17<br>Pg. 116, Line 21 thru Pg. 117, Line 4 |

| | | | Pg. 117, Lines 6 and 7 |
|---|---|---|---|
| | | | Pg. 117, Lines 9 thru 22 |
| | | | Pg. 118, Lines 1 thru 24 |
| | | | Pg. 119, Lines 1 thru 7 |
| | | | Pg. 119, Lines 9 thru 20 |
| | | | Pg. 119, Line 25 thru Pg. 120, Line 2 |
| | | | Pg. 119, Lines 4 thru 9 |
| | | | Pg. 119, Lines 11 thru 22 |
| | | | Pg. 119, Line 24 thru Pg. 121, Line 2 |
| | | | Pg. 121, Lines 4 thru 12 |
| | | | Pg. 121, Line 14 |
| | | | Pg. 121, Lines 16 thru 21 |
| | | | Pg. 122, Lines 13 and 14 |
| | | | Pg. 122, Line 19 thru Pg. 123, Line 6 |
| | | | Pg. 123, Lines 8 thru 17 |
| | | | Pg. 123, Lines 19 thru 22 |
| | | | Pg. 123, Line 25 thru Pg. 124, Line 2 |
| | | | Pg. 124, Line 4 thru Pg. 126, Line 13 |
| Williams, Kelly | 01/16/03 | *Walters v. Altec Industries, Inc.* | Pg. 5, Lines 7 thru 15 |
| | | | Pg. 6, Line 11 thru Pg. 7, Line 4 |
| | | | Pg. 9, Line 14 thru Pg. 10, Lines 24 |
| | | | Pg. 12, Line 6 thru Pg. 22, Line 7 |
| | | | Pg. 23, Line 14 thru Pg. 26, Line 10 |
| | | | Pg. 30, Line 9 thru Pg. Pg. 34, Line 1 |
| | | | Pg. 34, Line 7 thru Pg. 37, Line 14 |
| | | | Pg. 37, Line 19 thru Pg. 43, Line 3 |
| | | | Pg. 43, Line 8 thru Pg. 45, Line 9 |
| | | | Pg. 45, Lines 13 thru 16 |
| | | | Pg. 45, Line 18 thru Pg. 49, Line 5 |
| | | | Pg. 49, Line 13 thru Pg. 51, Line 21 |
| | | | Pg. 51, Line 24 thru Pg. 59, Line 13 |
| | | | Pg. 59, Line 22 thru Pg. 63, Line 25 |
| | | | Pg. 64, Line 24 thru Pg. 65, Line 5 |
| | | | Pg. 66, Line 8 thru Pg. 67, Line 9 |
| | | | Pg. 67, Line 20 thru Pg. 68, Line 7 |
| | | | Pg. 68, Line 12 thru Pg. 69, Line 3 |
| | | | Pg. 69, Line 6 thru Pg. 77, Line 23 |
| | | | Pg. 78, Line 10 thru Pg. 80, Line 1 |
| | | | Pg. 80, Line 6 thru Pg. 81, Line 5 |
| | | | Pg. 81, Line 10 thru Pg. 89, Line 25 |
| | | | Pg. 91, Lines 7 thru 16 |
| | | | Pg. 92, Line 12 thru Pg. 93, Line 25 |
| | | | Pg. 95, Line 16 thru Pg. 96, Line 16 |
| | | | Pg. 96, Line 19 thru Pg. 97, Line 15 |
| | | | Pg. 97, Line 17 thru Pg. 102, Line 23 |

| Hoffelmeyer, Richard | 03/03/04 | *Sawyer v. Altec Industries, Inc.* | Pg. 1, Lines 1 thru 13<br>Pg. 1, Line 19 thru Pg. 2, Line 23<br>Pg. 4, Line 8 thru Pg. 8, Line 17<br>Pg. 10, Lines 13 thru 17<br>Pg. 23, Lines 12 thru 20<br>Pg. 24, Lines 14 thru 20<br>Pg. 24, Line 25 thru Pg. 25, Line 9<br>Pg. 25, Line 19 thru Pg. 26, Line 4<br>Pg. 45, Line 17 thru Pg. 46, Line 4<br>Pg. 46, Line 25 thru Pg. 48, Line 2<br>Pg. 49, Lines 2 thru 9<br>Pg. 49, Line 22 thru Pg. 51, Line 8<br>Pg. 51, Line 23 thru Pg. 52, Line 5<br>Pg. 53, Line 24 thru Pg. 54, Line 12<br>Pg. 61, Line 4 thru Pg. 62, Line 7<br>Pg. 63, Line 20 thru Pg. 65, Line 2<br>Pg. 66, Lines 3 thru 18 |
|---|---|---|---|

/s/ John A. DeFrancisco

**JOHN A. DeFRANCISCO**
**DeFRANCISCO LAW FIRM**
121 East Water Street
Syracuse, New York  13202
(315)  479-9000 – Phone
(315) 479-9300 – Facsimile

- and -

Joseph D. Lane
J. Farrest Taylor
Angela J. Mason
**COCHRAN, CHERRY, GIVENS,**
**SMITH, LANE & TAYLOR, P.C.**
163 W. Main Street
P. O. Box 927
Dothan, AL  36302
(334) 793-1555 – Phone
(334) 836-2500 – Facsimile

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on October 21, 2004, I electronically filed Plaintiff's Proposed Voir Dire with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

   Robert J. Smith, Esq.
   rjs@ccf-law.com

   Robert H. Hood, Sr., Esq.
   bobby.hood@hoodlaw.com

   Robert H. Hood, Jr., Esq.
   bobbyjr.hood@hoodlaw.com

   Timothy J. Fennell, Esq.
   tfennell@apfwlaw.com

        /s/ John A. DeFrancisco
        **JOHN A. DeFRANCISCO**