## U. S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**CASE NO:**　　<u>5:01-CV-0383</u>

**DATE:**　　　<u>**NOVEMBER 8, 2004**</u>

**PRESIDING JUDGE:**　　<u>**HON. FREDERICK J. SCULLIN, JR.**</u>

**(X)  PLAINTIFF**　　　　　　**(  )  DEFENDANT**　　　　　　**(  )  COURT**

### *Plaintiff's Will Offer Exhibits:*

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | Quenneville | Niagara Mohawk Video "Boom-Tip Safety" |
| P-2 | | | | Quenneville | NYS Police Photo of poles, marked A and B by witness |
| P-3 | | | | Quenneville | NYS Police Photo of lines, marked C1, C2, D1, D2 and E |
| P-4 | | | | Quenneville | NYS Police Photo of rubber gloves on bucket of truck, "X" marking lip of bucket |
| P-5 | | | | Quenneville | NiMo Photo of boom of truck with pole and wire; marking denoting space (3') between primary lines |
| P-6 | | | | Quenneville | NYS Police Photo of leather gloves |
| P-7 | | | | Quenneville | Altec AN Series Operators, Maintenance and Parts Manual |
| P-8 | | | | | Altec AM755-H brochure |
| P-9 | | | | | Altec AM600/AM600-H brochure |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| P-10 | | | | | Altec AM450-AM450-H brochure |
|------|--|--|--|--|------------------------------|
| P-11 | | | | | Altec AM550/AM550-H brochure |
| P-12 | | | | | Altec AM800/900 specifications |
| P-13 | | | | | Altec AN Series specifications |
| P-14 | | | | | Altec AL32 brochure |
| P-15 | | | | | Altec AA755 brochure |
| P-16 | | | | | Altec AA500/600 Series |
| P-17 | | | | | Altec brochure showing full line of aerial devices |
| P-18 | | | | | <u>Electrical World</u> article dated 07/15/75 concerning Pitman Safety Barrier Kit |
| P-19 | | | | | <u>Electric Light & Power</u> article dated August 1975 concerning Pitman Safety Barrier Kit |
| P-20 | | | | Quenneville | Plaintiff's Photo from inspection 8/00, shows bucket and jib and Dr. Durig |
| P-21 | | | | Quenneville | Plaintiff's Photo from inspection 8/00, side view of bucket and jib |
| P-22 | | | | Daino | NiMo Photo of accident scene, back of vehicle and pole (side view), marked with "X" and arrow |
| P-23 | | | | | Quotation from J.C. Plastics, Inc. to Altec for Control Handle and Trigger |
| P-24 | | | | Daino | Altec's copy of close-up of top of pole |
| P-25 | | | | Daino | Altec's copy of photo of top of pole |
| P-26 | | | | Daino | OSHA Photo of accident scene, numbered "#13", of ground wire hanging from primary wire |
| P-27 | | | | Mathis | NiMo's Photo of the upper boom, knuckle and bucket, marking of "B", "C" and the jib circled |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-28 | | | | Mathis | Plaintiff's Photo from inspection 8/00, side view of vehicle with bucket in air, bucket area circled |
|------|--|--|--|--------|----------------------------------------------------------------------------------------------------------|
| P-29 | | | | Mathis | Plaintiff's Photo from inspection 8/00, back view of bucket and truck, controls circled |
| P-30 | | | | Mathis | Plaintiff's Photo from inspection 8/00, upper boom, bucket and jib, knuckle near jib is circled |
| P-31 | | | | Mathis | NiMo's Photo of bucket controls, circle and rectangle around controls, marked "A" and "B" |
| P-32 | | | | Mullady | Altec letter to customers dated June 15, 1994, attaching CSN-U-213 |
| P-33 | | | | Schremp | Overhead photo of bucket taken at inspection |
| P-34 | | | | Ryan | Overhead photo of bucket taken at inspection |
| P-35 | | | | Schremp | Photo of boom-tip taken at inspection |
| P-36 | | | | Schremp | Niagara Mohawk Video "Safety Stand Down" |
| P-37 | | | | Ryan | Photo of boom-tip |
| P-38 | | | | Nicholson | Photo of entire truck with boom extended |
| P-39 | | | | Nicholson | Photo of boom-tip |
| P-40 | | | | Nicholson | Altec CSN-U-213 – Customer Service Newsletter dated July 12, 1993 |
| P-41 | | | | Nicholson | Altec letter to customers dated August 21, 2000, attaching Electrical Continuity Hazard Safety Bulletin |
| P-42 | | | | Sytsma | Close-up photo of bucket control handles |
| P-43 | | | | Chard | Utility Patent Application – Isolation Mechanism for Electrically Isolating Controls of Boomed Apparatus (invented by Joshua T. Chard and Edman R. Blair) |
| P-44 | | | | Chard | NIOSH Safety Study chart |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-45 | | | | Chard | Prioritized Decision Criteria List |
|------|--|--|--|-------|------------------------------------|
| P-46 | | | | Chard | Altec letter to customers re boom tip cover kits |
| P-47 | | | | Chard | Altec document titled "Dielectric Testing for Isolated Controller" |
| P-48 | | | | Chard | Altec drawing no. 716-61925 – Single Handle Controller Assembly, Pilot Pressure System, Green |
| P-49 | | | | Chard | Altec drawing no. 716-61924 – Single Handle Controller Assembly, Full Pressure System, Green |
| P-50 | | | | Chard | Altec Inter-Office Correspondence dated April 10, 2001, from Joshua Chard to VPs, General Managers and Area Managers, re Altec SENTRY Program |
| P-51 | | | | Chard | Altec Marketing Information Letter Number 678: Altec SENTRY Program – Professional Operator Safety Training |
| P-52 | | | | Chard | Altec Marketing Information Letter Number 688: Altec SENTRY Program – Professional Operator Safety Training Services |
| P-53 | | | | Chard | Altec Marketing Information Letter Number 690: Altec SENTRY Program for Non-Insulated Aerial Devices |
| P-54 | | | | Chard | Altec AM650/AM855 Overcenter Material Handler brochure |
| P-55 | | | | Chard | Altec Quotation Number 12345 form for AM650 Aerial Device |
| P-56 | | | | | Altec plastic model of insulated aerial lift device (for demonstrative purposes only) |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| | | | | | |
|---|---|---|---|---|---|
| P-57 | | | | Chard | Danger – Electrical Hazards placards (670-40453 B and 670-40454 B) |
| P-58 | | | | Chard | U.S. Patent and Trademark Office Filing Receipt acknowledging receipt of Patent Application for Isolation mechanism for electrically isolating controls of boomed apparatus |
| P-59 | | | | Chard | Altec Proposal for Project #1065 Start Up (January 28, 1997) |
| P-60 | | | | Chard | Altec memorandum from Mike Anderson to Jim Sytsma dated August 23, 1996 re Plan for Development of Contact Alert |
| P-61 | | | | Chard | Altec document dated 02/20/97 re Agenda for Project #1065 (2-21-97) |
| P-62 | | | | Chard | Contact Alarm Project Critical Issues |
| P-63 | | | | Chard | Three (3) pages of handwritten notes with "1065" at top of first page |
| P-64 | | | | Chard | Hand drawing titled "Project 1065 – Concept Display" dated 5-5-98 |
| P-65 | | | | Chard | Letter from Bill Baker to Derald Morgan, Ph.D. dated 09/13/99 re Project #1065:  "Continuous Leakage Monitoring System" |
| P-66 | | | | Chard | Altec Proposal dated 09/13/99 for Project 1065 |
| P-67 | | | | Chard | Memo from J. Derald Morgan to Bill Baker dated 5/11/00 attaching his final report re his review of Electrical Hazard Warning System for Aerial Devices |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| | | | | | |
|---|---|---|---|---|---|
| P-68 | | | | Chard | J. Derald Morgan report titled "Electrical Hazard Warning System for Aerial Devices" (An evaluation of the proposed device as disclosed in Altec's patent application dated July 1, 1998, as a part of the Altec Project #1065, "Continuous Leakage Monitoring System". |
| P-69 | | | | Chard | Document titled "Electrical Hazard Warning System for Aerial Devices" with "Final Draft" handwritten in top right corner |
| P-70 | | | | Chard | United States Patent No. 6,170,607:  Electrical Hazard Warning System for Aerial Devices |
| P-71 | | | | Chard | Altec Video, "Insulated Aerial Device Operator's Safety Video" |
| P-72 | | | | Chard | Altec Binder, "Insulated Aerial Devices Self-Directing Training Kit" with CD-ROM |
| P-73 | | | | Chard | Utilities Products Showcase article – "Altec Introduces New Products at 2002 EUFMC" (June 2002) |
| P-74 | | | | Chard | Printout of Altec web page titled "Altec Boom Tip Cover Program" |
| P-75 to P-175 | | | | Sherman | Wes Sherman photographs taken at inspection of accident unit and scene on 07/25/2003 |
| P-176 to P-271 | | | | Frost | John Frost photographs taken at inspection of accident unit on 07/25/2003 |
| P-272 | | | | | Altec Invoice for accident unit |
| P-273 | | | | | 05/18/2000 memo from Ralph Dudley re "Energized Boom Ends" |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| | | | | | |
|---|---|---|---|---|---|
| P-274 | | | | | Accident re-enactment video – May 12, 2000 |
| P-275 | | | | | Altec Customer Service Notice CSN-A-207 – Boom and Platform Cover Improvement (09/14/2001) – Boom stow cover documents |
| P-276 | | | | | New Product Process Objectives |
| P-277 | | | | | Altec brochure listing AA, AT, AN, AO, AM and LB Series with general specifications sheet |
| P-278 | | | | | Altec LRV Series brochure |
| P-279 | | | | | Altec LR III-46 Series brochure |
| P-280 | | | | | Altec LBM Series brochure |
| P-281 | | | | | Altec L36A/L42A brochure |
| P-282 | | | | | Altec AS 300 Series brochure |
| P-283 | | | | | Altec A Class brochure |
| P-284 | | | | | Altec AO442 brochure |
| P-285 | | | | | Altec AO300 brochure |
| P-286 | | | | | Altec AM650/AM855 brochure |
| P-287 | | | | | Altec Revised Service Bulletin No. SB-AM-203 |
| P-288 | | | | | Altec Service Bulletin No. SB-AM-203 |
| P-289 | | | | | Interoffice Correspondence re new electrocution placard "All metal at boom tip" |
| P-290 | | | | | Altec letter to operator on dielectric properties |
| P-291 | | | | | 1993 Customer Service Newsletter "All metal at boom tip… connected" |
| P-292 | | | | | Chronology of Shaft Protector Kit and related documents on SB-AM-203 |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-293 | | | | | 8/25/94 letter to customers re Customer Service Newsletter CSN-U-213 on safety decals and operator manual supplements |
|-------|--|--|--|--|------------------------------------------------------------------------------------------------------------------------------|
| P-294 | | | | | Photograph of single stick control handle with rubber covering over handle (part no. 419734). Note: Component part to single stick control handle assembly no. 419668 |
| P-295 | | | | | Photographs of single stick control handle, boot cap and trigger disassembled |
| P-296 | | | | | Photographs of single stick control handle, boot cap and trigger disassembled |
| P-297 | | | | | Memo from Ed Vollmer to Jim Sytsma, Karen Bartlett and Dennis Rasmussen regarding Molded Handle Cost Comparison |
| P-298 | | | | | Control handle drawings |
| P-299 | | | | | Plastic Handle drawings |
| P-300 | | | | Chard | ISO-Grip Patent Application |
| P-301 | | | | Chard | Dielectric Test Form for Insulated Single Handle Control |
| P-302 | | | | | Test Report TR-00117 and Summary – High voltage puncture test on Altec and Terex covers (Dan Bates – 03-27-02) |
| P-303 | | | | Chard | Prioritized Decision Criteria List on covers |
| P-304 | | | | | Engineering Change Notice ECN-98-0682 |
| P-305 | | | | | Engineering Change Notice ECN-00-0707 |
| P-306 | | | | | Engineering Change Notice ECN-01-0923 |
| P-307 | | | | | Engineering Change Notice ECN-01-1174 |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| | | | | | |
|---|---|---|---|---|---|
| P-308 | | | | | Altec EN-248-B (origin date 10/07/1986 – revision date 07/10/2001) – Reinforced Fiberglass Cover Specifications |
| P-309 | | | | | Photographs referenced in Test Report TR-00117 (Exhibit 167 – Test Report by Dan Bates – High voltage puncture test on Altec and Terex covers) |
| P-310 | | | | | Photographs referenced in Vollmer report |
| P-311 | | | | | Altec rubber coated control handle with metallic core |
| P-312 | | | | | Delrin control handle modeled from Altec rubber coated metallic core handle |
| P-313 | | | | | ISO-Grip control assembly |
| P-314 | | | | | Vollmer control handle |
| P-315 | | | | | Boom tip cover for accident unit |
| P-316 | | | | | Death Certificate of Timothy Everts |
| P-317 | | | | | Funeral expenses for burial of Timothy Everts |
| P-318 | | | | | Income tax returns for years 1995 to 2000 |
| P-319 | | | | | Union data on benefits |
| P-320 | | | | | Table on decedent's earnings history |
| P-321 | | | | | Table on decedent's past lost earnings |
| P-322 | | | | | Table on decedent's future lost earnings |
| P-323 | | | | | Letters of Administration issued to Heidi Everts |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

**_Plaintiff's May Offer Exhibits:_**

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-324 | | | | | List of federal court cases with Altec Industries listed as a defendant in a product liability action. |
| P-325 | | | | | Expert Witness Report of B. Wesley Sherman, Ph.D. |
| P-326 | | | | | CV of B. Wesley Sherman |
| P-327 | | | | | Expert Witness Report of John Frost, P.E. |
| P-328 | | | | | CV of John Frost, P.E. |
| P-329 | | | | | Expert Witness Report of George J. Greene, P.E. |
| P-330 | | | | | CV of George J. Greene, P.E. |
| P-331 | | | | | Expert Witness Report of Kenneth W. Reagles, Ph.D. |
| P-332 | | | | | CV of Kenneth W. Reagles, Ph.D. |
| P-333 | | | | | Expert Witness Report of James Sytsma in _Walters v. Altec Industries, Inc._ |
| P-334 | | | | | Photograph of handle developed by Altec for the AA Series |
| P-335 | | | | | Altec Stability Test Form – AA Series (with jib) |
| P-336 | | | | | Altec Stability Test Form – AA Series with lower boom lifting eye |
| P-337 | | | | | Engineering Customer Survey |
| P-338 | | | | | Altec Customer Service Newsletter CSN U-218 |
| P-339 | | | | | Altec Service Tips Bulletin No. ST-AA-221 |
| P-340 | | | | | Altec Customer Service Newsletter CSN-AA-222 |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| | | | | |
|---|---|---|---|---|
| P-341 | | | | Altec Customer Service Newsletter CSN-AA-224 |
| P-342 | | | | Altec Customer Service Newsletter CSN-AA-226 |
| P-343 | | | | Altec Customer Service Newsletter CSN-AA-229 |
| P-344 | | | | Altec Customer Service Newsletter CSN-AA-230 |
| P-345 | | | | Altec Quality Bodies brochure |
| P-346 | | | | Altec – Exceeding Your Highest Expectations (Goals) brochure |
| P-347 | | | | Altec – Instructions for Upper Control Improvements |
| P-348 | | | | Altec Corporate brochure |
| P-349 | | | | Chance Sentinel Leakage-Current Monitor |
| P-350 | | | | Handwritten notes re current monitoring device |
| P-351 | | | | Evaluation of Proximity Warning Devices – Report prepared by Southwest Research Institute for Bureau of Mines |
| P-352 | | | | A Practical Review of High Voltage Safety Devices for Mobile Cranes |
| P-353 | | | | Documents related to proximity warning devices |
| P-354 | | | | Electroscan Model VIP500 and related documents |
| P-355 | | | | Uprox Proximity Warning Device, printed specs and related materials |
| P-356 | | | | 15 Proximity Sensing Q&A's (TURCK) |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| | | | | | |
|---|---|---|---|---|---|
| P-357 | | | | | Assorted Patents<br>    A.    Voltage Responsive Devices and Methods of Voltage Detection<br>    B.    Proximity Alarm<br>    C.    Proximity Differential Control<br>    D.    Crane Boom Electrostatic Alarm<br>    E.    Apparatus for Detecting Power Lines<br>    F.    Proximity Alarm<br>    G.    Voltage Proximity Detector<br>    H.    General |
| P-358 | | | | | Engineering Release No. 82-073 |
| P-359 | | | | | Altec's response to Plaintiff's Second Request for Production of Documents #19 – Engineering Change Notice |
| P-360 | | | | | Engineering Release No. 86-043 |
| P-361 | | | | | Altec Interoffice Correspondence |
| P-362 | | | | | Documents related to SB-AM-203 |
| P-363 | | | | | Documents related to SB-AM-203 |
| P-364 | | | | | Final Assembly Manual for Jib Installation |
| P-365 | | | | | Photograph of Altec AA-500 unit<br>    1.    Cover over JCAB area<br>    2.    Jib |
| P-366 | | | | | Photograph of Telelect Trial Mockup<br>    1.    Boom tip warning – "Beware – Electrocution Hazard"<br>    2.    Boom tip warnings – "Caution"<br>    3.    Boom tip warning – "Beware – Operator qualified" |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| | | | | | |
|---|---|---|---|---|---|
| P-367 | | | | | Photograph of Hi-Ranger<br>A.    1.    Alternate bucket shaft cover<br>        2.    Jib cylinder mechanism<br>        3.    Second half of jib cylinder cover |
| P-368 | | | | | Terex-Telelect Operator's Manual |
| P-369 | | | | | ANSI A92.2 – 1979 Standard |
| P-370 | | | | | Telelect Service Bulletin dated 01/15/1990 – Insulating Properties |
| P-371 | | | | | MADDDC Initial Report of Suit |
| P-372 | | | | | MADDDC Report of Closed Case |
| P-373 | | | | | Terex-Telelect Safety Alert Bulletin SAB001-Electrical Continuity Hazard |
| P-374 | | | | | Terex-Telelect Safety Alert Bulletin SAB003 – 2 pages |
| P-375 | | | | | Terex-Telelect Product Advisory PA-1003-01 regarding boom tip covers – 2 pages (dated 05/30/2001) |
| P-376 | | | | | Terex-Telelect 461104 cover drawings for OM Series – post-manufacture – remedial (dated 05/08/00) |
| P-377 | | | | | DHHS (NIOSH) Publication No. 93-105 dated May 1993 – Preventing Injuries and Deaths from Metal-Reinforced Hydraulic Hoses |
| P-378 | | | | | Photographs of "DANGER – Electrocution Hazard" warning label |
| P-379 | | | | | Engineering Change Notice ECN-97-1147 |
| P-380 | | | | | Engineering Change Notice ECN-98-0918 |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-381 | | | | | Engineering Change Notice ECN-99-1068 |
|-------|--|--|--|--|-------------------------------------------|
| P-382 | | | | | Altec letter to Customers dated 09/11/2002 – Introduction of new cover kits |
| P-383 | | | | | Coroner photographs |
| P-384 | | | | | Defendant's responses to Interrogatories in *Walters v. Altec Industries, Inc.* |
| P-385 | | | | | Defendant's responses to Interrogatories in *Tymchuk v. Altec Industries, Inc.* |
| P-386 | | | | Quenneville | NYS Police Investigation Report |
| P-387 | | | | Quenneville | Plaintiff's Photo from inspection 8/00, knuckle between upper and lower booms circle and jib circled |
| P-388 | | | | Quenneville | Drawing by Matthew Quenneville of accident scene (overhead view) |
| P-389 | | | | Quenneville | Drawing by Matthew Quenneville of accident scene (side view) |
| P-390 | | | | Quenneville | Niagara Mohawk Power Corporation Linemen B Manual – Revised 1967 |
| P-391 | | | | Quenneville | Lineman "C" School – Rough Outline of 1 week 1 day |
| P-392 | | | | Quenneville | Outline for Hotstick School |
| P-393 | | | | Quenneville | Timothy Everts' Line Mechanic "C" Hot Stick Training TL 403 – Student Course Record |
| P-394 | | | | Quenneville | Niagara Mohawk's Lesson Plan for Altec AN-652MH – Generation VI and Altec Manlift Bucket AN-650:  Bucket Trucks Training Programs |
| P-395 | | | | Quenneville | Hotstick Manual (No. 586) |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| | | | | | |
|---|---|---|---|---|---|
| P-396 | | | | Quenneville | Niagara Mohawk 15 kv Rubber Glove Training Program |
| P-397 | | | | Quenneville | Timothy Everts' Rubber Glove Committee T & D Training Department –15 kv Gloving Program Checklist |
| P-398 | | | | Quenneville | Drawing by Matthew Quenneville of the angles that the primaries came in to pole (overhead view) |
| P-399 | | | | Quenneville | Copy of Line Hose Training from NiMo's Responses |
| P-400 | | | | Quenneville | NYS Police Photo of knuckle near bucket and jib |
| P-401 | | | | Daino | Drawing by Paul Daino of accident scene (overhead view) |
| P-402 | | | | Daino | NiMo Photo of bucket liner with testing dates |
| P-403 | | | | Daino | NiMo Photo of electric insulation test record |
| P-404 | | | | Daino | Altec's Photo of "Electrocution Hazard" Warning placard near bucket |
| P-405 | | | | Daino | Altec's Photo of accident scene, back of vehicle, transformer on back of truck circled |
| P-406 | | | | Mullady | Niagara Mohawk Attendance Roster for 15 kv Rubber Glove Training Qualified Worker dated 8/31/99 |
| P-407 | | | | Ryan | Diagram of top of pole by John Ryan |
| P-408 | | | | Ryan | Diagram of truck and pole by John Ryan |
| P-409 | | | | Nicholson | Photo of boom-tip marked by Stephen Nicholson |
| P-410 | | | | Nicholson | Photo of boom-tip with number 1 through 6 marked on it |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| P-411 | | | | Nicholson | Photo of bucket and control handles with areas shaded in red ink |
|-------|--|--|--|-----------|---|
| P-412 | | | | Chard | 7 pages of Operator's Manual, section titled "Operation Near Energized Conductors" |
| P-413 | | | | Tice | Accident Prevention Rules (Orange Book) |
| P-414 | | | | Tice | Accident Prevention Rules – June 1997 (Green Book) |
| P-415 | | | | Chard | Printout of Altec computer screen showing employment status of Joshua T. Chard |
| P-416 | | | | Chard | Altec letter to customers enclosing Altec SENTRY Program brochure |
| P-417 | | | | Chard | Material Handling Capacity Charts dated October 10, 1997:  Altec AM650 |
| P-418 | | | | Chard | Specifications for a 50 foot hydraulic articulating overcenter aerial device |
| P-419 | | | | Chard | Altec AM650/AM855 Aerial Device Specifications |
| P-420 | | | | Chard | CAD drawing of installed ISO-Grip |
| P-421 | | | | Chard | 7 pages from AM50/55 manual |
| P-422 | | | | Chard | Test Report TR-00081a:  Evaluation of Insulated Linkages for Pilot Pressure Single Handle Control Assemblies (Bill Baker, 11-29-01) |
| P-423 | | | | Chard | Test Report TR-00081b:  Evaluation of Insulated Linkages for Full Pressure Single Handle Control Assemblies (Kelly Williams) |
| P-424 | | | | Chard | Test Log for Project No. A36-80807, Test Report No. TR00081a, starting date 10/25/2001 |
| P-425 | | | | Chard | Test Log for Project No. 80827, Test Report No. TR00081b, starting date 11/15/2002 |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| P-426 | | | | Chard | Test Log for Project No. 80827, Test Report No. TR00081b, starting date 1/4/2002 |
| P-427 | | | | Chard | Altec Proposed Research Project RP013 (May 24, 2000) Boom Tip Monitoring System (BTMS) |
| P-428 | | | | Chard | Altec Proposed Research Project RP013 (March 3, 1999) Outline of Development Steps and Projected Timetable |
| P-429 | | | | | OSHA investigation file |
| P-430 | | | | | State of New York Workers' Compensation Board file on death claim (WCB Case #6000 6499) |
| P-431 | | | | | Accident unit inspection video – August 29, 2000 |
| P-432 | | | | | Engineering drawings on control handle for AA Series, AM Series, AN, AS, Elevators and AT44 |
| P-433 | | | | | Engineering drawings on plumbing diagram for boom tip with jib |
| P-434 | | | | | Engineering drawings on platform mounting assembly with hydraulic extend jib |
| P-435 | | | | | Engineering drawings on Placard orientation, AA and AN Series |
| P-436 | | | | | Altec dielectric test procedures |
| P-437 | | | | | Hi-Ranger – Safety Rules and Precautions – Manual |
| P-438 | | | | | Documents related to technical execution of SB-AM-203 |
| P-439 | | | | | Documents apparently related to SB-AM-203 |
| P-440 | | | | | Altec digger derrick and Altec aerial device history of product runs |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-441 | | | | | Boom Leakage Current Monitor Device/power Line Contact Detector |
|---|---|---|---|---|---|
| P-442 | | | | | Documents re electrical contact alert |
| P-443 | | | | | New Product Development – Boom Leakage Current Monitoring Device and Energized Conductor or Grounded Contact Alert |
| P-444 | | | | | Documents related to SB-AM-203 |
| P-445 | | | | | Documents related to SB-AM-203 |
| P-446 | | | | | 07/01/94 letter to customers re Revised Service Bulletin No. SB-AM-203 – Clarification of mandatory action Bulletin SB-AM-203 |
| P-447 | | | | | Inter-Office Correspondence to Customer Service Newsletter Recipients re CSN-U-214 and CSN-U-215 |
| P-448 | | | | | Photographs of Hi-Ranger<br>A.    1.    Jib cylinder cover<br>        2.    Band of Arrows warnings<br>B.    1.    Jib cylinder cover<br>        2.    Band of Arrows warnings |
| P-449 | | | | | Photographs of Hi-Ranger<br>A.<br>B. |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| | | | | | |
|---|---|---|---|---|---|
| P-450 | | | | | Photographs of Hi-Ranger – Terex-Telelect<br>A.    Upper boom in cradle<br>B.    Lower and upper boom with jib assembly<br>    1.    Lower boom insert<br>    2.    Upper boom<br>    3.    Jib<br>    4.    Winch<br>    5.    Jib angle |
| P-451 | | | | | Photographs of Terex-Telelect Hi-Ranger<br>A.  3.    Jib<br>    4.    Winch<br>    5.    Jib angle device<br>    6.    Jib angle device cover<br>    7.    Cover under bottom of boom tip<br>    8.    Sliding cover over top of jib<br>B.  3.    Jib<br>    4.    Winch<br>    5.    Jib angle device<br>    6.    Jib angle device cover<br>    7.    Cover under bottom of boom tip<br>    8.    Sliding cover over top of jib |
| P-452 | | | | | Telelect's Non-Conductive Handle Memo – Schrader to Bassingthwaite (12/30/87) |
| P-453 | | | | | Telelect-s Non-Conductive Handle Memo – Shrader to Bassingthwaite (09/22/88) |
| P-454 | | | | | 1979 Operator's Manual for Pitman Hotstick Articulated Aerial Lift Device |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| | | | | |
|---|---|---|---|---|
| P-455 | | | | Pitman Safety Barrier Kit<br>    A.    Cover letter to "Director of Safety"<br>    B.    Descriptive literature |
| P-456 | | | | Pitman Hotstik Safety Barrier System Background Study |
| P-457 | | | | ANSI A92.2 – 1990 Standard |
| P-458 | | | | ANSI Z535.4 – 1991 Standard |
| P-459 | | | | Photographs of Pitman Safety Barrier Kit in use on bucket truck |
| P-460 | | | | Photographs of Pitman Safety Barrier Kit in use on bucket truck |
| P-461 | | | | Photographs of Pitman Safety Barrier Kit in use on bucket truck |
| P-462 | | | | Terex-Telelect Campaign Bulletin 04-543-01 – Danger decal, Controls are not insulated or isolated |
| P-463 | | | | Altec drawing – Cover, Jib Winch (08/14/92) |
| P-464 | | | | Altec drawing – Cover, Jib Winch Extension (10/22/92) |
| P-465 | | | | Altec drawing – Cover, Controller (11/14/92) |
| P-466 | | | | Altec drawing – Cover, Platform Cam (09/16/93) |
| P-467 | | | | Altec drawing – Cover, Bucket Dump Rotator (09/10/93) |
| P-468 | | | | Altec drawing – Cover, Boom Tip, AM, with Hydr. Extend Jib (07/27/93) |
| P-469 | | | | Altec drawing – Cover, Jib Extension Cylinder (03/02/93) |

**Exhibits Returned to Counsel (date):**_____

**Signature:**  _____

| P-470 | | | | | Quotation from J. C. Plastics, Inc. to Karen Bartlett with Altec dated 09/07/200 re Control Handle and Trigger |
| P-471 | | | | | Test Report TR-00060 and Test Summary – Molded Plastic Control Handle Structural Test (Ed Vollmer – 04/04/01) |
| P-472 | | | | | Test Report TR-00071 – Molded Plastic Control Handle Operational Endurance Test |
| P-473 | | | | | Engineering drawing of ISO-Grip illustrating assembly and listing of component parts (01/29/2002) |
| P-474 | | | | | Engineering drawing of assembled ISO-Grip with component parts description reference index guide (01/20/2002) |
| P-475 | | | | | Test Log – Isolated Controller Cycle Testing (10/25/2001) |
| P-476 | | | | | Test Log – Isolated control handle, test 2, full pressure controls (01/04/2002) |
| P-477 | | | | | Price and feature quotation for AM 50 & 55 with ISO-Grip (p. 3 references Altec ISO-Grip insulated single handle control – rated 26.5kV |
| P-478 | | | | | Altec drawing No. 703-91080 – Cover Assembly, Boom Tip, Material Handling (10/04/99) |
| P-479 | | | | | Instructions – Cover Improvement Installation (Kit Part Nos. 750-40367 and 750-40396) |
| P-480 | | | | | Instructions – Cover Improvement Installation (Kit Part Nos. 750-40373, 750-40398, 750-40403, 750-40404, 750-40405, and 750-40406) |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-481 | | | | | Instructions – Cover Improvement Installation (Kit Part Nos. 750-40382, 750-40397, 750-40399, 750-40400, 750-40401, and 750-40402) |
| P-482 | | | | | Instructions (draft) – Cover Improvement Installation (Kit Part Nos. 750-40384 and 750-40394) |
| P-483 | | | | | Instructions – Cover Improvement Installation (Kit Part No. 750-40385 and 750-40395) |
| P-484 | | | | | Instructions – Cover Improvement Installation (Kit Part No. 750-40385) |
| P-485 | | | | | Instructions – Cover Improvement Installation (Kit Part No. 750-40389) |
| P-486 | | | | | (A-P) Photographs of Georgia Power unit taken by Joe Lane in Atlanta on 10/27/2002 |
| P-487 | | | | | Altec engineering drawing no. 706-60094 (Section B-B) – Cover, Jib Winch Extension |
| P-488 | | | | | Altec engineering drawing no. 706-60094 (Section F-F) – Cover, Jib Winch Extension |
| P-489 | | | | | Photographs of Slaughter inspection taken by Joe Lane on 12/11/2002. |
| P-490 | | | | | Danger label – "DANGER – Electrocution Hazard" (label #670-40252 D) |
| P-491 | | | | | Telelect plastic D-ring control handle |
| P-492 | | | | | Telelect old-style plastic coated main control |
| P-493 | | | | | Exemplar boom tip cover #1 |
| P-494 | | | | | Exemplar boom tip cover #2 |
| P-495 | | | | | Dr. Ken Reagles' report on pecuniary losses |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____

| P-496 to P-506 | | | | | Family photographs of Tim, Heidi and Tiffany Everts |
|---|---|---|---|---|---|
| P-507 | | | | | Rubber gloves |
| P-508 | | | | | Rubber line hoses |
| P-509 | | | | | Complaint filed in this action |
| P-510 | | | | | All discovery responses in this action |

**Exhibits Returned to Counsel (date):**_____

**Signature:** _____