**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **HEIDI EVERTS, Individually and as Executrix of the Estate of TIMOTHY EVERTS,** | **Civil Action No.: 5:01-CV-0383** |
| **Plaintiff,** | **ACTION NO. 1** |
| **-vs-** | |
| **ALTEC INDUSTRIES, INC.,** | |
| **Defendant.** | |
| **ALTEC INDUSTRIES, INC.,** | **Civil Action No.: 5:01-CV-0383** |
| **Defendant/Third-Party Plaintiff,** | **ACTION NO. 2** |
| **-vs-** | |
| **NIAGARA MOHAWK POWER CORPORATION,** | |
| **Third-Party Defendant.** | |

**DEFENDANT/THIRD-PARTY PLAINTIFF'S WITNESS LIST**

PLEASE TAKE NOTICE, defendant/third-party plaintiff Altec Industries, Inc. may call

any or all of following witnesses:

| NAME | DESCRIPTION |
|---|---|
| Heidi Everts | Decedent's wife |
| Matthew Quenneville | Niagara Mohawk Line Foreman Hot Stick<br>Was working with decedent at time of accident |
| Paul J. Daino | Niagara Mohawk Line Mechanic B<br>Was working with decedent at time of accident |
| William F. Mullady | Niagara Mohawk Trainer<br>Trained decedent |
| Michael Schremp | Niagara Mohawk Superintendent (Central Region)<br>Transmission Distribution Department<br>Investigated accident |
| John T. Ryan | Niagara Mohawk Hot Stick Lineman<br>Participant in accident re-creation |

| Nelson F. Butler | Niagara Mohawk Chief Line Mechanic - Hot Stick<br>Deceased's stepfather |
|---|---|
| Jane H. Butler | Deceased's mother |
| Stephen Nicholson | Niagara Mohawk Fleet Engineer<br>Ordered subject aerial lift device |
| Jim Systma | Altec Engineer |
| Michael Anderson | Altec<br>Director of Product Engineering (Creedmoor, NC) |
| Keith A. Vincent | Niagara Mohawk Lineman<br>Previously worked with decedent, observed work habits |
| Josh Chard | Altec<br>Manager of Prevention and Product Safety |
| Daniel Tice | Niagara Mohawk Safety Specialist & Instructor (Retired 7/1/02)<br>Involved with investigation and re-creation of accident |
| Dave Masters | Altec Engineer<br>Involved in development of aerial lift devices & AN 650 series |
| Richard L. Viehdorfer | Niagara Mohawk Transportation Department<br>Involved with management of Niagara Mohawk's aerial lift<br>device fleet, including Altec aerial lift devices |
| Anthony D. Brown | Altec expert witness |
| Kevin Wheeler | Altec expert witness |
| Helmut Brosz | Altec expert witness |
| Jerry Purswell | Altec expert witness |
| Daniel McGowan | Altec expert witness |

**PLEASE TAKE FURTHER NOTICE**, defendant/third-party plaintiff Altec Industries,

Inc. may use transcripts from the following depositions, in whole or in part:

| Name | Party or Expert | Date of Deposition |
| --- | --- | --- |
| Anderson, Carl | Altec | 6/27/02 |
| Butler, Nelson | NiMo | 3/15/02 |
| Butler, Jane | Plaintiff | 3/22/02 |
| Brosz, Helmut | Expert | 5/30/03 |
| Brown, Anthony | Expert | 5/8/03 |
| Chard, Joshua | Altec | 1/17/03 |
| Daino, Paul J. | NiMo | 1/31/02 |
| Everts, Heidi | Plaintiff | 9/20/01 |
| Frost, John C. | Expert | 12/17/03 |
| Greene, George | Expert | 5/3/03 |
| Mathis, Randy | Altec | 2/1/02 |
| Mullady, Bill F. | NiMo | 3/13/02 |
| Nicholson, Stephen | NiMo | 3/22/02 |
| Prosser, Howard | Expert | 5/10/03 |
| Purswell, Jerry Lee | Expert | 12/17/03 |
| Quenneville, Matthew F. | NiMo | 1/30/02 |
| Ryan, John T. | NiMo | 3/15/02 |
| Schremp, Michael | NiMo | 3/15/02 |

| | | |
|---|---|---|
| Sherman, B. Wesley | Expert | 12/16/03 |
| Spink, John | NiMo | 3/15/02 |
| Sytsma, James A. | Altec | 6/26/02 |
| Tice, Daniel | NiMo | 7/31/02 |
| VanEmmerik, Edward | NiMo | 3/15/02 |
| Vincent, Keith A. | NiMo | 12/23/02 |
| Wheeler, Kevin | Expert | 5/30/03 |

**DATED:        October 21, 2004**

**COSTELLO, COONEY & FEARON, PLLC**

**/s/ Robert J. Smith**
**ROBERT J. SMITH (Bar Roll No.: 102628)**
**Attorneys for the Defendant/Third-Party Plaintiff,**
  **ALTEC INDUSTRIES, INC.**
**Office and Post Office Address**
**Salina Place, 205 South Salina Street**
**Syracuse, New York  13202-1307**
**Telephone:  (315) 422-1152**

**-and-**

**HOOD LAW FIRM, LLC**
**ROBERT HOLMES HOOD**
**ROBERT H. HOOD, JR.**
**Attorneys for the Defendant/Third-Party Plaintiff,**
  **ALTEC INDUSTRIES, INC.**
**Office and Post Office Address**
**172 Meeting Street**
**Charleston, South Carolina  29401**
**Telephone:  (843) 577-4435**

TO:   **JOHN A. DEFRANCISCO, ESQ.**
      **DEFRANCISCO LAW FIRM**
      **Attorney for the Plaintiff**
        **HEIDI EVERTS, Individually and as**
        **Executrix of the Estate of TIMOTHY EVERTS**
      **Office and Post Office Address**
      **121 E. Water Street**
      **Syracuse, New York  13202**
      **Telephone:    (315) 479-9000**

      **SAMUEL A. CHERRY, JR., ESQ.**
      **THE COCHRAN FIRM**
      **Attorney for the Plaintiff**
        **HEIDI EVERTS, Individually and as**
        **Executrix of the Estate of TIMOTHY EVERTS**
      **Office and Post Office Address**
      **163 West Main Street**
      **P.O. Box 927**
      **Dothan, AL  36302**
      **Telephone:  334-793-8280**

      **TIMOTHY FENNELL, JR., ESQ.**
      **AMDURSKY, PELKY, FENNELL & WALLEN**
      **Attorney for Third-Party Defendant**
        **NIAGARA MOHAWK POWER CORPORATION**
      **26 E. Oneida Street**
      **Oswego, New York  13126**
      **Telephone:    (315) 343-6363**