## U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**CASE NO.:**          **5:01-CV-0383**

**DATE:**          **NOVEMBER 8, 2004**

**PRESIDING JUDGE:**          **HON. FREDERICK J. SCULLIN, JR.**

( )     **PLAINTIFF**                    (X)     **DEFENDANT**                    ( )     **COURT**

**Defendant Altec Industries, Inc. May Offer Exhibits:**

| Exhibit No. | Marked for Identification | Admitted into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1. | | | | Everts | Plaintiff's Summons w/Notice & Complaint; 2/7/01 |
| D-2. | | | | | Notice of Removal; 3/16/01 |
| D-3. | | | | | Answer; 3/20/01 |
| D-4. | | | | | Third-Party Summons & Complaint; 3/26/01 |
| D-5. | | | | | Answer to Third-Party Complaint; 4/17/01 |
| D-6. | | | | Everts | Plaintiff's Response to Altec's Interrogatories; 2/1/02 |
| D-7. | | | | | Police Photograph #1 |

**Exhibits Returned to Counsel (date):**          _____

**Signature:**          _____

| | | | | |
|---|---|---|---|---|
| D-8. | | | | Police Photograph #2 |
| D-9. | | | | Police Photograph #3 |
| D-10. | | | | Police Photograph #4 |
| D-11. | | | | Police Photograph #5 |
| D-12. | | | | Police Photograph #6 |
| D-13. | | | | Police Photograph #7 |
| D-14. | | | | Police Photograph #8 |
| D-15. | | | | Police Photograph #9 |
| D-16. | | | | Police Photograph #10 |
| D-17. | | | | Police Photograph #11 |
| D-18. | | | | OSHA Photograph #1 |
| D-19. | | | | OSHA Photograph #2 |
| D-20. | | | | OSHA Photograph #3 |
| D-21. | | | | OSHA Photograph #4 |
| D-22. | | | | OSHA Photograph #5 |
| D-23. | | | | OSHA Photograph #6 |

**Exhibits Returned to Counsel (date):**  _____

**Signature:**  _____

| | | | | |
|---|---|---|---|---|
| D-24. | | | | OSHA Photograph #7 |
| D-25. | | | | OSHA Photograph #8 |
| D-26. | | | | OSHA Photograph #9 |
| D-27. | | | | OSHA Photograph #10 |
| D-28. | | | | OSHA Photograph #11 |
| D-29. | | | | OSHA Photograph #12 |
| D-30. | | | | OSHA Photograph #13 |
| D-31. | | | | OSHA Photograph #14 |
| D-32. | | | | OSHA Photograph #15 |
| D-33. | | | | OSHA Photograph #16 |
| D-34. | | | | OSHA Photograph #17 |
| D-35. | | | | OSHA Photograph #18 |
| D-36. | | | | OSHA Photograph #19 |
| D-37. | | | | OSHA Photograph #20 |
| D-38. | | | | OSHA Photograph #21 |
| D-39. | | | | OSHA Photograph #22 |

**Exhibits Returned to Counsel (date):**    _____

**Signature:**                                           _____

| D-40. | | | | OSHA Photograph #23 |
|-------|---|---|---|---|
| D-41. | | | | OSHA Photograph #24 |
| D-42. | | | | OSHA videotape |
| D-43. | | | | Niagara Mohawk photograph #1 |
| D-44. | | | | Niagara Mohawk photograph #2 |
| D-45. | | | | Niagara Mohawk photograph #3 |
| D-46. | | | | Niagara Mohawk photograph #4 |
| D-47. | | | | Niagara Mohawk photograph #5 |
| D-48. | | | | Niagara Mohawk photograph #6 |
| D-49. | | | | Niagara Mohawk photograph #7 |
| D-50. | | | | Niagara Mohawk photograph #8 |
| D-51. | | | | Niagara Mohawk photograph #9 |
| D-52. | | | | Niagara Mohawk photograph #10 |
| D-53. | | | | Niagara Mohawk photograph #11 |
| D-54. | | | | Niagara Mohawk photograph #12 |
| D-55. | | | | Niagara Mohawk photograph #13 |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____

| D-56. | | | | Niagara Mohawk photograph #14 |
|-------|--|--|--|-------------------------------|
| D-57. | | | | Niagara Mohawk photograph #15 |
| D-58. | | | | Niagara Mohawk photograph #16 |
| D-59. | | | | Niagara Mohawk photograph #17 |
| D-60. | | | | Niagara Mohawk photograph #18 |
| D-61. | | | | Niagara Mohawk photograph #19 |
| D-62. | | | | Niagara Mohawk photograph #20 |
| D-63. | | | | Niagara Mohawk photograph #21 |
| D-64. | | | | Niagara Mohawk photograph #22 |
| D-65. | | | | Niagara Mohawk photograph #23 |
| D-66. | | | | Niagara Mohawk photograph #24 |
| D-67. | | | | Niagara Mohawk photograph #25 |
| D-68. | | | | Niagara Mohawk photograph #26 |
| D-69. | | | | Niagara Mohawk photograph #27 |
| D-70. | | | | Niagara Mohawk photograph #28 |
| D-71. | | | | Niagara Mohawk photograph #29 |

**Exhibits Returned to Counsel (date):**   _____

**Signature:**   _____

| | | | | |
|---|---|---|---|---|
| D-72. | | | | Niagara Mohawk photograph #30 |
| D-73. | | | | Niagara Mohawk photograph #31 |
| D-74. | | | | Niagara Mohawk photograph #32 |
| D-75. | | | | Niagara Mohawk photograph #33 |
| D-76. | | | | Niagara Mohawk photograph #34 |
| D-77. | | | | Niagara Mohawk photograph #35 |
| D-78. | | | | Niagara Mohawk photograph #36 |
| D-79. | | | | Niagara Mohawk photograph #37 |
| D-80. | | | | Niagara Mohawk photograph #38 |
| D-81. | | | | Niagara Mohawk photograph #39 |
| D-82. | | | | Niagara Mohawk photograph #40 |
| D-83. | | | | Niagara Mohawk photograph #41 |
| D-84. | | | | Niagara Mohawk photograph #42 |
| D-85. | | | | Niagara Mohawk photograph #43 |
| D-86. | | | | Niagara Mohawk photograph #44 |
| D-87. | | | | Niagara Mohawk photograph #45 |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____

| D-88. | | | | Niagara Mohawk photograph #46 |
|---|---|---|---|---|
| D-89. | | | | Niagara Mohawk photograph #47 |
| D-90. | | | | Niagara Mohawk photograph #48 |
| D-91. | | | | Niagara Mohawk photograph #49 |
| D-92. | | | | Niagara Mohawk photograph #50 |
| D-93. | | | | Niagara Mohawk photograph #51 |
| D-94. | | | | Niagara Mohawk photograph #52 |
| D-95. | | | | Niagara Mohawk photograph #53 |
| D-96. | | | | Niagara Mohawk photograph #54 |
| D-97. | | | | Niagara Mohawk photograph #55 |
| D-98. | | | | Niagara Mohawk photograph #56 |
| D-99. | | | | Niagara Mohawk photograph #57 |
| D-100. | | | | Niagara Mohawk photograph #58 |
| D-101. | | | | Niagara Mohawk photograph #59 |
| D-102. | | | | Niagara Mohawk photograph #60 |
| D-103. | | | | Niagara Mohawk photograph #61 |

**Exhibits Returned to Counsel (date):**        _____

**Signature:**                                                 _____

| | | | | |
|---|---|---|---|---|
| D-104. | | | | Niagara Mohawk photograph #62 |
| D-105. | | | | Niagara Mohawk photograph #63 |
| D-106. | | | | Niagara Mohawk photograph #64 |
| D-107. | | | | Niagara Mohawk photograph #65 |
| D-108. | | | | Niagara Mohawk photograph #66 |
| D-109. | | | | Niagara Mohawk photograph #67 |
| D-110. | | | | Niagara Mohawk photograph #68 |
| D-111. | | | | Niagara Mohawk photograph #69 |
| D-112. | | | | Niagara Mohawk photograph #70 |
| D-113. | | | | Niagara Mohawk photograph #71 |
| D-114. | | | | Niagara Mohawk photograph #72 |
| D-115. | | | | Niagara Mohawk photograph #73 |
| D-116. | | | | Niagara Mohawk photograph #74 |
| D-117. | | | | Niagara Mohawk photograph #75 |
| D-118. | | | | Niagara Mohawk photograph #76 |
| D-119. | | | | Niagara Mohawk photograph #77 |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____

| | | | | |
|---|---|---|---|---|
| D-120. | | | | Niagara Mohawk photograph #78 |
| D-121. | | | | Niagara Mohawk photograph #79 |
| D-122. | | | | Niagara Mohawk photograph #80 |
| D-123. | | | | Niagara Mohawk photograph #81 |
| D-124. | | | | Niagara Mohawk photograph #82 |
| D-125. | | | | Niagara Mohawk photograph #83 |
| D-126. | | | | Niagara Mohawk photograph #84 |
| D-127. | | | | Niagara Mohawk photograph #85 |
| D-128. | | | | Niagara Mohawk photograph #86 |
| D-129. | | | | Niagara Mohawk photograph #87 |
| D-130. | | | | Niagara Mohawk photograph #88 |
| D-131. | | | | Niagara Mohawk photograph #89 |
| D-132. | | | | Niagara Mohawk photograph #90 |
| D-133. | | | | Niagara Mohawk photograph #91 |
| D-134. | | | | Niagara Mohawk photograph #92 |
| D-135. | | | | Niagara Mohawk photograph #93 |

**Exhibits Returned to Counsel (date):**  _____

**Signature:**  _____

| D-136. | | | | | Deposition Exh. 3 |
|--------|--|--|--|--|-------------------|
| D-137. | | | | | Deposition Exh. 4 |
| D-138. | | | | | Deposition Exh. 5 |
| D-139. | | | | | Deposition Exh. 6 |
| D-140. | | | | | Deposition Exh. 8 |
| D-141. | | | | | Deposition Exh. 9 |
| D-142. | | | | | Deposition Exh. 22 |
| D-143. | | | | | Deposition Exh. 23 |
| D-144. | | | | | Deposition Exh. 24 |
| D-145. | | | | | Deposition Exh. 26 |
| D-146. | | | | | Deposition Exh. 27 |
| D-147. | | | | | Deposition Exh. 28 |
| D-148. | | | | | Deposition Exh. 29 |
| D-149. | | | | | Deposition Exh. 30 |
| D-150. | | | | | Deposition Exh. 31 |
| D-151. | | | | | Deposition Exh. 32 |

**Exhibits Returned to Counsel (date):**     _____

**Signature:**     _____

| | | | | |
|---|---|---|---|---|
| D-152. | | | | Deposition Exh. 33 |
| D-153. | | | | Deposition Exh. 34 |
| D-154. | | | | Deposition Exh. 35 |
| D-155. | | | | Deposition Exh. 36 |
| D-156. | | | | Deposition Exh. 37 |
| D-157. | | | | Deposition Exh. 38 |
| D-158. | | | | Deposition Exh. 42 |
| D-159. | | | | Deposition Exh. 42A |
| D-160. | | | | Deposition Exh. 43 |
| D-161. | | | | Deposition Exh. 47 |
| D-162. | | | | Deposition Exh. 48 |
| D-163. | | | | Deposition Exh. 49 |
| D-164. | | | | Deposition Exh. 50 |
| D-165. | | | | Deposition Exh. 51 |
| D-166. | | | | Deposition Exh. 52 |
| D-167. | | | | Deposition Exh. 55 |

**Exhibits Returned to Counsel (date):**    _____

**Signature:**    _____

| | | | | |
|---|---|---|---|---|
| D-168. | | | | Prosser's Photograph #1 |
| D-169. | | | | Prosser's Photograph #2 |
| D-170. | | | | Prosser's Photograph #3 |
| D-171. | | | | Prosser's Photograph #4 |
| D-172. | | | | Prosser's Photograph #5 |
| D-173. | | | | Prosser's Photograph #6 |
| D-174. | | | | Prosser's Photograph #7 |
| D-175. | | | | Prosser's Photograph #8 |
| D-176. | | | | Prosser's Photograph #9 |
| D-177. | | | | Prosser's Photograph #10 |
| D-178. | | | | Prosser's Photograph #11 |
| D-179. | | | | Prosser's Photograph #12 |
| D-180. | | | | Prosser's Photograph #13 |
| D-181. | | | | Prosser's Photograph #14 |
| D-182. | | | | Prosser's Photograph #15 |
| D-183. | | | | Prosser's Photograph #16 |

**Exhibits Returned to Counsel (date):**   _____

**Signature:**   _____

| | | | | |
|---|---|---|---|---|
| D-184. | | | | Prosser's Photograph #17 |
| D-185. | | | | Prosser's Photograph #18 |
| D-186. | | | | Prosser's Photograph #19 |
| D-187. | | | | Prosser's Photograph #20 |
| D-188. | | | | Prosser's Photograph #21 |
| D-189. | | | | Prosser's Photograph #22 |
| D-190. | | | | Prosser's Photograph #23 |
| D-191. | | | | Prosser's Photograph #24 |
| D-192. | | | | Prosser's Photograph #25 |
| D-193. | | | | Prosser's Photograph #26 |
| D-194. | | | | Prosser's Photograph #27 |
| D-195. | | | | Prosser's Photograph #28 |
| D-196. | | | | Prosser's Photograph #29 |
| D-197. | | | | Prosser's Photograph #30 |
| D-198. | | | | Prosser's Photograph #31 |
| D-199. | | | | Prosser's Photograph #32 |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____

| D-200. | | | | Prosser's Photograph #33 |
|--------|--|--|--|--------------------------|
| D-201. | | | | Prosser's Photograph #34 |
| D-202. | | | | Prosser's Photograph #35 |
| D-203. | | | | Prosser's Photograph #36 |
| D-204. | | | | Prosser's Photograph #37 |
| D-205. | | | | Prosser's Photograph #38 |
| D-206. | | | | Prosser's Photograph #39 |
| D-207. | | | | Prosser's Photograph #40 |
| D-208. | | | | Prosser's Photograph #41 |
| D-209. | | | | Prosser's Photograph #42 |
| D-210. | | | | Prosser's Photograph #43 |
| D-211. | | | | Prosser's Photograph #44 |
| D-212. | | | | Prosser's Photograph #45 |
| D-213. | | | | Prosser's Photograph #46 |
| D-214. | | | | Prosser's Photograph #47 |
| D-215. | | | | Prosser's Photograph #48 |

**Exhibits Returned to Counsel (date):**  _____

**Signature:**  _____

| | | | | |
|---|---|---|---|---|
| D-216. | | | | Prosser's Photograph #49 |
| D-217. | | | | Prosser's Photograph #50 |
| D-218. | | | | Prosser's Photograph #51 |
| D-219. | | | | Prosser's Photograph #52 |
| D-220. | | | | Prosser's Photograph #53 |
| D-221. | | | | Prosser's Photograph #54 |
| D-222. | | | | Prosser's Photograph #55 |
| D-223. | | | | Prosser's Photograph #56 |
| D-224. | | | | Prosser's Photograph #57 |
| D-225. | | | | Prosser's Photograph #58 |
| D-226. | | | | Prosser's Photograph #59 |
| D-227. | | | | Prosser's Photograph #60 |
| D-228. | | | | Prosser's Photograph #61 |
| D-229. | | | | Prosser's Photograph #62 |
| D-230. | | | | Prosser's Photograph #63 |
| D-231. | | | | Prosser's Photograph #64 |

**Exhibits Returned to Counsel (date):**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Signature:**　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

| | | | | |
|---|---|---|---|---|
| D-232. | | | | Prosser's Photograph #65 |
| D-233. | | | | Prosser's Photograph #66 |
| D-234. | | | | Prosser's Photograph #67 |
| D-235. | | | | Prosser's Photograph #68 |
| D-236. | | | | Prosser's Photograph #69 |
| D-237. | | | | Prosser's Photograph #70 |
| D-238. | | | | Prosser's Photograph #71 |
| D-239. | | | | Prosser's Photograph #72 |
| D-240. | | | | Prosser's Photograph #73 |
| D-241. | | | | Prosser's Photograph #74 |
| D-242. | | | | Prosser's Photograph #75 |
| D-243. | | | | Prosser's Photograph #76 |
| D-244. | | | | Prosser's Photograph #77 |
| D-245. | | | | Prosser's Photograph #78 |
| D-246. | | | | Prosser's Photograph #79 |
| D-247. | | | | Prosser's Photograph #80 |

**Exhibits Returned to Counsel (date):**  _____

**Signature:**  _____

| | | | | |
|---|---|---|---|---|
| D-248. | | | | Prosser's Photograph #81 |
| D-249. | | | | Prosser's Photograph #82 |
| D-250. | | | | Prosser's Photograph #83 |
| D-251. | | | | Prosser's Photograph #84 |
| D-252. | | | | Prosser's Photograph #85 |
| D-253. | | | | Prosser's Photograph #86 |
| D-254. | | | | Prosser's Photograph #87 |
| D-255. | | | | Prosser's Photograph #88 |
| D-256. | | | | Prosser's Photograph #89 |
| D-257. | | | | Prosser's Photograph #90 |
| D-258. | | | | Prosser's Photograph #91 |
| D-259. | | | | Prosser's Photograph #92 |
| D-260. | | | | Prosser's Photograph #93 |
| D-261. | | | | Prosser's Photograph #94 |
| D-262. | | | | Prosser's Photograph #95 |
| D-263. | | | | Prosser's Photograph #96 |

**Exhibits Returned to Counsel (date):**  _____

**Signature:**  _____

| D-264. | | | | Prosser's Photograph #97 |
|--------|--|--|--|--------------------------|
| D-265. | | | | Prosser's Photograph #98 |
| D-266. | | | | Prosser's Photograph #99 |
| D-267. | | | | Prosser's Photograph #100 |
| D-268. | | | | Prosser's Photograph #101 |
| D-269. | | | | Prosser's Photograph #102 |
| D-270. | | | | Prosser's Photograph #103 |
| D-271. | | | | Prosser's Photograph #104 |
| D-272. | | | | Prosser's Photograph #105 |
| D-273. | | | | Prosser's Photograph #106 |
| D-274. | | | | Prosser's Photograph #107 |
| D-275. | | | | Prosser's Photograph #108 |
| D-276. | | | | Prosser's Photograph #109 |
| D-277. | | | | Prosser's Photograph #110 |
| D-278. | | | | Prosser's Photograph #111 |
| D-279. | | | | Prosser's Photograph #112 |

**Exhibits Returned to Counsel (date):**     _____

**Signature:**     _____

| | | | | |
|---|---|---|---|---|
| D-280. | | | | Prosser's Photograph #113 |
| D-281. | | | | Prosser's Photograph #114 |
| D-282. | | | | Prosser's Photograph #115 |
| D-283. | | | | Prosser's Photograph #116 |
| D-284. | | | | Prosser's Photograph #117 |
| D-285. | | | | Prosser's Photograph #118 |
| D-286. | | | | Prosser's Photograph #119 |
| D-287. | | | | Prosser's Photograph #120 |
| D-288. | | | | Prosser's Photograph #121 |
| D-289. | | | | Prosser's Photograph #123 |
| D-290. | | | | Prosser's Photograph #124 |
| D-291. | | | | Prosser's Photograph #125 |
| D-292. | | | | Prosser's Photograph #126 |
| D-293. | | | | Prosser's Photograph #127 |
| D-294. | | | | Prosser's Photograph #128 |
| D-295. | | | | Prosser's Photograph #129 |

**Exhibits Returned to Counsel (date):**    _____

**Signature:**    _____

| D-296. | | | | Prosser's Photograph #130 |
|---|---|---|---|---|
| D-297. | | | | Prosser's Photograph #131 |
| D-298. | | | | Prosser's Photograph #132 |
| D-299. | | | | Prosser's Photograph #133 |
| D-300. | | | | Prosser's Photograph #134 |
| D-301. | | | | Prosser's Photograph #135 |
| D-302. | | | | Prosser's Photograph #136 |
| D-303. | | | | Prosser's Photograph #137 |
| D-304. | | | | Prosser's Photograph #138 |
| D-305. | | | | Altec's SB-AM-203 dated October 17, 1986 |
| D-306. | | | | Altec's CSN-U-213 dated July 12, 1993 |
| D-307. | | | | Altec's CSN-U-215 dated June 15, 1994 |
| D-308. | | | | Altec's CSN-U-214 dated July 1, 1994 |
| D-309. | | | | Altec's SB-AM-203 (Revised) dated July 1, 1994 |
| D-310. | | | | Altec's AN Series Operators, Maintenance, and Parts Manual |
| D-311. | | | | Documents relating to Niagara Mohawk's purchase of subject AN652 |

**Exhibits Returned to Counsel (date):**   _____

**Signature:**   _____

| D-312. | | | | Masters Viehdorfer | Letter from Altec to Niagara Mohawk re: connectivity among major steel components, February 8, 1991 |
|--------|--|--|--|--|--|
| D-313. | | | | | OSHA Inspection Narrative |
| D-314. | | | | | NYS Police Investigation Report |
| D-315. | | | | | Accident animation prepared by TR Legal |
| D-316. | | | | | Boom tip and pole model |
| D-317. | | | | | Scale plastic model of aerial lift device |
| D-318. | | | | Wheeler | 1 pair of 9.5 class "2" rubber gloves |
| D-319. | | | | Wheeler | 1 pair of 9.5 rubber glove protectors |
| D-320. | | | | Wheeler | 1 harness for the bucket |
| D-321. | | | | Wheeler | 1 pair of rubber sleeves |
| D-322. | | | | Wheeler | 1 set of attachments for the harness to the sleeves |
| D-323. | | | | Wheeler | Rubber line hose with connector |
| D-324. | | | | Wheeler | 4 solid blankets |

**Exhibits Returned to Counsel (date):**   _____

**Signature:**   _____

| D-325. |  |  |  | Wheeler | 2 split blankets |
|--------|--|--|--|---------|------------------|
| D-326. |  |  |  | Wheeler | 18 blanket pins |
| D-327. |  |  |  | Niagara Mohawk representative | Niagara Mohawk's re-creation notes & measurements |
| D-328. |  |  |  | """ | Niagara Mohawk's re-creation video |
| D-329. |  |  |  | """ | Niagara Mohawk's daily crew log and Pre-Job Brief 11/30/99 |
| D-330. |  |  |  | """ | Niagara Mohawk's daily crew log and Pre-Job Brief, 12/27/99 |
| D-331. |  |  |  | """ | Niagara Mohawk's daily crew log and Pre-Job Brief, 12/28/99 |
| D-332. |  |  |  | """ | Niagara Mohawk's Accident Prevention Rules, Rev. 4/92 |
| D-333. |  |  |  | """ | Niagara Mohawk's Accident Prevention Rules, Rev. 5/00 |
| D-334. |  |  |  | """ | Niagara Mohawk's document titled, "Part II - On Planning" |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____

| D-335. | | | | "" | Niagara Mohawk's Lineman B Manual, Revised 1967 |
|--------|--|--|--|----|-------------------------------------------------|
| D-336. | | | | "" | Niagara Mohawk's Lineman C Training Manual |
| D-337. | | | | "" | Niagara Mohawk's Lineman C School, Rough Outline |
| D-338. | | | | "" | Niagara Mohawk's 15kV Rubber Glove Training Program |
| D-339. | | | | "" | Niagara Mohawk's Bucket Trucks Training Programs Lesson Plan |
| D-340. | | | | "" | Niagara Mohawk's Hot Stick Manual |
| D-341. | | | | "" | Niagara Mohawk's Tree Trimmer B, Grade Report, 12/10/97 |
| D-342. | | | | "" | Niagara Mohawk's Line Mechanic B Training, Student Course Record, 12/13/89 |
| D-343. | | | | "" | Niagara Mohawk's Line Mechanic C Training, Student Course Record, 2/16/90 |
| D-344. | | | | "" | Niagara Mohawk's Line Mechanic C Hot Stick Training, Student Course Record, 5/17/91 |
| D-345. | | | | "" | Niagara Mohawk's 15kV Rubber Glove Training, Attendance Roster, 8/31/99 |
| D-346. | | | | "" | Niagara Mohawk's 15kV Gloving Program Checklists, 4 pgs., 9/1/99 |
| D-347. | | | | "" | Niagara Mohawk's Electric Field Operations Qualified Employee Exam Electrical Hazards Awareness, 10/29/99 |

**Exhibits Returned to Counsel (date):** _____

**Signature:** _____